**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ContentGuard Holdings, Inc., ) | |
| ) | Civil Action No. 2:14-cv-61-JRG-RSP |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| Google Inc., ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING DEFENDANT GOOGLE INC.'S MOTION TO DISMISS
COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

Defendant Google, Inc. filed its Motion to Dismiss Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6). After considering the Motion, the Court is of the opinion that the Motion should be granted. It is therefore,

ORDERED that the Complaint is dismissed.