# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ContentGuard Holdings, Inc., <br><br> Plaintiff, <br><br> -against- <br><br> Google, Inc. <br><br> Defendant. | Civil Action No. 2:14-cv-00061 (JRG) <br><br> JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF CONTENTGUARD HOLDINGS, INC.

NOW COMES Eric S. Hansen with the law firm of McKool Smith, P.C., 300 Crescent Court, Suite 1500, Dallas, Texas 75201, and enters an appearance as counsel of record for Plaintiff ContentGuard Holdings, Inc.

Sam Baxter will remain designated as the Lead Attorney for Plaintiff ContentGuard Holdings, Inc. Mr. Hansen is to receive notices from the Court on all issues related to this case.

Dated: October 2, 2014　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Eric S. Hansen*
　　　　　　　　　　　　　　　　　　　　　　Eric S. Hansen
　　　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24062763
　　　　　　　　　　　　　　　　　　　　　　ehansen@mckoolsmith.com
　　　　　　　　　　　　　　　　　　　　　　MCKOOL SMITH, P.C.
　　　　　　　　　　　　　　　　　　　　　　300 Crescent Court, Suite 1500
　　　　　　　　　　　　　　　　　　　　　　Dallas, Texas 75201
　　　　　　　　　　　　　　　　　　　　　　Telephone: (214) 978-4000
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (214) 978-4044

　　　　　　　　　　　　　　　　　　　　　　Samuel F. Baxter, Lead Attorney
　　　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 01938000
　　　　　　　　　　　　　　　　　　　　　　sbaxter@mckoolsmith.com
　　　　　　　　　　　　　　　　　　　　　　MCKOOL SMITH, P.C.
　　　　　　　　　　　　　　　　　　　　　　104 East Houston, Suite 300
　　　　　　　　　　　　　　　　　　　　　　Marshall, Texas 75670
　　　　　　　　　　　　　　　　　　　　　　Telephone: (903) 923-9000
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (903) 923-9099


　　　　　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR CONTENTGUARD HOLDINGS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who are deemed to have consented to electronic service on the 2nd day of October 2014.

/s/ Sam Baxter_____
Sam Baxter