# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ContentGuard Holdings, Inc., <br><br> *Plaintiff*, <br><br> v. <br><br> Google Inc., <br><br> *Defendant*. | Civil Action No. 2:14-cv-0061-JRG <br><br> JURY TRIAL DEMANDED |

## NOTICE OF COMPLIANCE

Pursuant to Paragraph 12 of the Amended Protective Order Regarding the Disclosure and Use of Discovery Materials (Dkt. No. 69), notice is given that Plaintiff ContentGuard Holdings, Inc. produced third-party confidential information in compliance with the Amended Protective Order and verifies as follows:

1. **Acer:** ContentGuard notified Acer of its intent to produce information by letter dated September 25, 2014, sent by email and overnight delivery. ContentGuard has received no response.

2. **ASUSTek Computer Inc.:** ContentGuard notified ASUSTek Computer Inc. of its intent to produce information by letter dated September 25, 2014, sent by email and overnight delivery. ContentGuard has received no response.

Dated: October 17, 2014	Respectfully submitted,

      */s/ Sam Baxter*
Samuel F. Baxter
Texas Bar No. 01938000
sbaxter@mckoolsmith.com
MCKOOL SMITH P.C.
104 East Houston, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-90099

Robert A. Cote
rcote@mckoolsmith.com
Radu A. Lelutiu
rlelutiu@mckoolsmith.com
MCKOOL SMITH P.C.
One Bryant Park, 47th Floor
New York, New York 10036
Telephone: (212) 402-9400
Facsimile: (212) 402-9444

Holly E. Engelmann
hengelmann@mckoolsmith.com
Seth Hasenour
shasenour@mckoolsmith.com
MCKOOL SMITH P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

*Counsel for ContentGuard Holdings, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic services on October 17, 2014. Local Rule CV-5(a)(3)(A).

*/s/ Holly Engelmann*