**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ContentGuard Holdings, Inc.,<br><br>                              Plaintiff,<br><br>-against-<br><br>Google, Inc.<br><br>                              Defendant. | Civil Action No. 2:14-cv-00061 (JRG)<br><br>JURY TRIAL DEMANDED |

# NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF
# <u>CONTENTGUARD HOLDINGS, INC.</u>

NOW COMES Christopher J. Mierzejewski with the law firm of McKool Smith, P.C., 300 W. 6th Street, Suite 1700, Austin, Texas 78701, and enters an appearance as counsel of record for Plaintiff ContentGuard Holdings, Inc.

Sam Baxter will remain designated as the Lead Attorney for Plaintiff ContentGuard Holdings, Inc. Mr. Mierzejewski is to receive notices from the Court on all issues related to this case.

McKool 1018386v1

Dated:  October 31, 2014	Respectfully submitted,

*/s/ Christopher J. Mierzejewski*
Christopher J. Mierzejewski
Texas State Bar No. 24070270
cmierzejewski@mckoolsmith.com
MCKOOL SMITH, P.C.
300 W. 6th Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

Samuel F. Baxter, Lead Attorney
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
MCKOOL SMITH, P.C.
104 East Houston, Suite 300
Marshall, Texas 75670
Telephone:  (903) 923-9000
Facsimile: (903) 923-9099


**ATTORNEYS FOR CONTENTGUARD HOLDINGS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who are deemed to have consented to electronic service on the 31st day of October 2014.

    /s/ Sam Baxter_____
    Sam Baxter