IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CONTENTGUARD HOLDINGS, INC., | ) |
| Plaintiff, | ) |
| | ) No. 2:14-cv-00061 (JRG) |
| v. | ) |
| | ) JURY TRIAL DEMANDED |
| GOOGLE, INC., | ) |
| Defendant. | ) |

# GOOGLE, INC.'S NOTICE OF COMPLIANCE WITH
# JOINT TECHNICAL TUTORIAL DEADLINE

Defendant Google, Inc. hereby notifies the Court that pursuant to the Amended Docket Control Order (Dkt. No. 94), Google, Inc. provided the Court with a copy of the Technical Tutorial on November 25, 2014, in conjunction with the Defendants in the related action *ContentGuard Holdings, Inc. v. Amazon.com* et al., Case No. 2:13-cv-1112.

A copy of this Technical Tutorial was also sent to counsel for Plaintiff ContentGuard Holdings, Inc.

November 25, 2014                                             Respectfully submitted,

                                                              /s/ Robert Unikel

Michael J. Malacek
Michael.malacek@kayescholer.com
Timothy K. Chao
Timothy.chao@kayescholer.com
Kaye Scholer LLP
3000 El Camino Real
2 Palo Alto Square, Suite 400
Palo Alto, CA 94306
Telephone: (650) 319-4500
Facsimile: (650) 319-4700

Counsel for Defendant GOOGLE, INC.

Robert W. Unikel
Robert.unikel@kayescholer.com
Kay Scholer LLP
80 W. Madison Street, Suite 4200
Chicago, IL 60602-4231
Telephone: (312) 583-2300
Facsimile: (312) 583-2360

Counsel for Defendant GOOGLE, INC.

Gregory Blake Thompson
Blake@themannfirm.com
James Mark Mann
Mark@themannfirm.com
Mann Tindel & Thompson
300 W. Main Street
Henderson, TX 75652
Telephone: (903) 657-8540
Facsimile: (903) 657-6003

Counsel for Defendant GOOGLE, INC.

1

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service on November 25, 2014.  *See* Local Rule CV-5(a)(3)(A).


  /s/ Robert Unikel                      
Robert Unikel