**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ContentGuard Holdings, Inc., | |
| *Plaintiff*, | Civil Action No. 2:14-cv-00061-JRG |
| v. | JURY TRIAL DEMANDED |
| Google, Inc., | |
| *Defendant*. | |

**PLAINTIFF CONTENTGUARD HOLDINGS, INC.'S NOTICE OF COMPLIANCE
WITH TECHNICAL TUTORIAL DEADLINE**

Plaintiff ContentGuard Holdings, Inc. hereby notifies the Court that pursuant to the Amended Docket Control Order (Dkt. No. 279), ContentGuard provided the Court with a copy of the Technical Tutorial on November 25, 2014.  A copy of this Technical Tutorial was also sent to counsel for the Defendant.

McKool 1055391v1

Dated:  November 25, 2014

Respectfully submitted,


_____*/s/ Sam Baxter*_____
Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
MCKOOL SMITH P.C.
104 East Houston, Suite 300
Marshall, Texas 75670
Telephone:  (903) 923-9000
Facsimile: (903) 923-9099

| | |
|---|---|
| Robert A. Cote | Holly E. Engelmann |
| rcote@mckoolsmith.com | hengelmann@mckoolsmith.com |
| Radu A. Lelutiu | Seth R. Hasenour |
| rlelutiu@mckoolsmith.com | shasenour@mckoolsmith.com |
| David R. Dehoney | Eric S. Hansen |
| ddehoney@mckoolsmith.com | ehansen@mckoolsmith.com |
| Angela M. Vorpahl | MCKOOL SMITH P.C. |
| avorpahl@mckoolsmith.com | 300 Crescent Court, Suite 1500 |
| MCKOOL SMITH P.C. | Dallas, Texas 75201 |
| One Bryant Park, 47th Floor | Telephone:  (214) 978-4000 |
| New York, New York 10036 | Facsimile:   (214) 978-4004 |
| Telephone: (212) 402-9400 | |
| Facsimile: (212) 402-9444 | |

**ATTORNEYS FOR CONTENTGUARD
HOLDINGS, INC.**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic services on this the 25th Day of November 2014.  Local Rule CV-5(a)(3)(A).

*/s/ Holly Engelmann*