**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ContentGuard Holdings, Inc., | |
| *Plaintiff*, | Civil Action No. 2:14-cv-0061-JRG |
| v. | JURY TRIAL DEMANDED |
| Google Inc., | |
| *Defendant*. | |

## CORRECTED NOTICE OF COMPLIANCE

This notice corrects the Notice of Compliance originally filed and served on December 15, 2014.  The correction falls under the discussion of Kyocera below.  Pursuant to Paragraph 12 of the Amended Protective Order Regarding the Disclosure and Use of Discovery Materials (Dkt. No. 69), notice is given that Plaintiff ContentGuard Holdings, Inc. produced third-party confidential information in compliance with the Amended Protective Order and verifies as follows:

1. **Fujitsu:**  ContentGuard notified Fujitsu of its intent to produce information by letter dated November 26, 2014, sent by email and overnight delivery.  Fujitsu responded via email on December 10, 2014.  Fujitsu requested that certain specific information relating to another party be omitted from the production. Otherwise, Fujitsu consented to the production of the materials as confidential, attorneys' eyes only.  The material Fujitsu requested redacted appears irrelevant to the claims and defenses in the case.  Accordingly, ContentGuard has produced

1

the documents with the requested redactions as confidential attorneys' eyes only.

2. **Sharp:**  ContentGuard notified Sharp of its intent to produce information by letter dated November 26, 2014, sent by email and overnight delivery.  Sharp responded via email on December 3, requesting the redaction of certain information relating to patents that are neither in suit, nor in the same chain of priority as the patents in suit, nor foreign counterparts.  ContentGuard has produced the documents with the requested redactions as confidential attorneys' eyes only.

3. **Kyocera**:  ContentGuard notified Kyocera of its intent to produce information by letter dated December 1, 2014, sent by overnight delivery.  Kyocera responded via email on December 10 that it would not be objecting to the production of the information.  ContentGuard has produced the information as confidential – attorneys' eyes only.

Dated:  December 19, 2014                    Respectfully submitted,

                                    _____/s/ Sam Baxter_____
                                    Samuel F. Baxter
                                    Texas Bar No. 01938000
                                    sbaxter@mckoolsmith.com
                                    MCKOOL SMITH P.C.
                                    104 East Houston, Suite 300
                                    Marshall, Texas 75670
                                    Telephone: (903) 923-9000
                                    Facsimile: (903) 923-90099

                                    Robert A. Cote
                                    rcote@mckoolsmith.com
                                    Radu A. Lelutiu
                                    rlelutiu@mckoolsmith.com
                                    MCKOOL SMITH P.C.
                                    One Bryant Park, 47th Floor
                                    New York, New York 10036
                                    Telephone: (212) 402-9400
                                    Facsimile: (212) 402-9444

                                    Holly E. Engelmann
                                    hengelmann@mckoolsmith.com
                                    Seth Hasenour
                                    shasenour@mckoolsmith.com
                                    MCKOOL SMITH P.C.
                                    300 Crescent Court, Suite 1500
                                    Dallas, Texas 75201
                                    Telephone: (214) 978-4000
                                    Facsimile: (214) 978-4044

                                    *Counsel for ContentGuard Holdings, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic services on December 19, 2014.  Local Rule CV-5(a)(3)(A).

*/s/ Holly Engelmann*