**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ContentGuard Holdings, Inc., :

                Plaintiff, :

        v. : Civil Action No. 2:14-cv-0061-JRG-RSP

Google Inc.

                : JURY TRIAL DEMANDED

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -- - - -x

**NOTICE OF FILINGS OF PETITIONS FOR COVERED BUSINESS
METHOD REVIEW AND *INTER PARTES* REVIEW OF ASSERTED PATENTS**

Plaintiff ContentGuard Holdings, Inc. ("ContentGuard") asserts nine patents against defendant Google Inc. ("Google") in this litigation: U.S. Patent Nos. 7,523,072; 8,370,956, 8,393,007; 7,269,576; 7,225,160; 6,963,859; 7,774,280; 8,001,053 and 8,583,556. ContentGuard asserts the same nine patents against multiple defendants in the separate case, *ContentGuard Holdings, Inc, v. Amazon.com et al.*, CIV. No. 2:13-cv-01112 (JRG).

Google submits this notice to alert the Court to the filing of multiple petitions for Covered Business Method Review ("CBM") and *Inter Partes* Review ("IPR") before the Patent Trial and Appeals Board for the nine patents asserted by ContentGuard.

The following CBMs were filed by Google:

| Patent No. | Filing No. | Filing Date |
|---|---|---|
| 7774280 | CBM2015-00040 | 12/9/2014 |
| 8001053 | CBM2015-00043 | 12/11/2014 |
| 8583556 | CBM2015-00045 | 12/12/2014 |

The following CBMs and IPRs were filed by Apple Inc., which is a defendant in the co-pending ContentGuard case:

| Patent No. | Filing No. | Filing Date |
|---|---|---|
| 7774280 | IPR2015-00351 | 12/10/2014 |
| 7774280 | IPR2015-00352 | 12/10/2014 |
| 7774280 | IPR2015-00353 | 12/10/2014 |
| 7774280 | IPR2015-00354 | 12/10/2014 |
| 8001053 | IPR2015-00355 | 12/10/2014 |
| 8001053 | IPR2015-00356 | 12/10/2014 |
| 8001053 | IPR2015-00357 | 12/10/2014 |
| 8001053 | IPR2015-00358 | 12/10/2014 |
| 8583556 | CBM2015-00041 | 12/12/2014 |
| 8583556 | CBM2015-00042 | 12/12/2014 |
| 8583556 | CBM2015-00046 | 12/12/2014 |
| 8583556 | IPR2015-00399 | 12/12/2014 |
| 8583556 | IPR2015-00400 | 12/12/2014 |
| 6963859 | IPR2015-00440 | 12/22/2014 |
| 6963859 | IPR2015-00441 | 12/22/2014 |
| 6963859 | IPR2015-00442 | 12/22/2014 |
| 7523072 | IPR2015-00443 | 12/22/2014 |
| 7523072 | IPR2015-00444 | 12/22/2014 |
| 7523072 | IPR2015-00445 | 12/22/2014 |
| 8370956 | IPR2015-00446 | 12/22/2014 |
| 8370956 | IPR2015-00447 | 12/22/2014 |
| 8370956 | IPR2015-00448 | 12/22/2014 |
| 8393007 | IPR2015-00449 | 12/22/2014 |
| 8393007 | IPR2015-00450 | 12/22/2014 |
| 8393007 | IPR2015-00451 | 12/22/2014 |
| 7269576 | IPR2015-00452 | 12/22/2014 |
| 7269576 | IPR2015-00453 | 12/22/2014 |
| 7269576 | IPR2015-00454 | 12/22/2014 |
| 7269576 | IPR2015-00455 | 12/22/2014 |
| 7269576 | IPR2015-00456 | 12/22/2014 |
| 7225160 | IPR2015-00457 | 12/22/2014 |
| 7225160 | IPR2015-00458 | 12/22/2014 |

Dated: January 7, 2015                                      Respectfully submitted,

/s/ Robert Unikel
_____

| | |
|---|---|
| Michael J. Malacek | Gregory Blake Thompson |
| Michael.malacek@kayescholer.com | Blake@themannfirm.com |
| Timothy K. Chao | James Mark Mann |
| Timothy.chao@kayescholer.com | Mark@themannfirm.com |
| Kaye Scholer LLP | Mann Tindel & Thompson |
| 3000 El Camino Real | 300 W. Main Street |
| 2 Palo Alto Square, Suite 400 | Henderson, TX 75652 |
| Palo Alto, CA 94306 | Telephone: (903) 657-8540 |
| Telephone: (650) 319-4500 | Facsimile: (903) 657-6003 |
| Facsimile: (650) 319-4700 | |
| | Counsel for Defendant GOOGLE, INC. |
| Counsel for Defendant GOOGLE, INC. | |

Robert W. Unikel
Robert.unikel@kayescholer.com
Kay Scholer LLP
80 W. Madison Street, Suite 4200
Chicago, IL 60602-4231
Telephone: (312) 583-2300
Facsimile: (312) 583-2360

Counsel for Defendant GOOGLE, INC.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service on January 7, 2015.  *See* Local Rule CV-5(a)(3)(A).

*/s/ Robert Unikel*