IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CONTENTGUARD HOLDINGS, INC., | ) ) ) |
| Plaintiff, | ) ) No. 2:14-cv-00061 (JRG) |
| v. | ) ) ) |
| GOOGLE, INC., | ) ) |
| Defendant. | ) ) ) |

# ORDER GRANTING UNOPPOSED MOTION
# FOR LEAVE TO EXCEED PAGE LIMITATIONS

After reviewing the Unopposed Motion for Leave to Exceed Page Limitations, this Court grants Defendant Google, Inc. leave to exceed the page limitations for the responsive claim construction brief by 10 pages. Therefore, Google shall get a total of 40 pages instead of the 30 pages set by Local Rule 7(a)(1).

**So ORDERED and SIGNED this 22nd day of January, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE