**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ContentGuard Holdings, Inc., <br><br>                         Plaintiff, <br><br>        -against- <br><br> Amazon.com, Inc.; Apple Inc.; BlackBerry Limited (fka Research In Motion Limited) and BlackBerry Corporation (fka Research In Motion Corporation); DirecTV, LLC; HTC Corporation and HTC America, Inc.; Huawei Technologies Co., Ltd. and Huawei Device USA, Inc.; Motorola Mobility LLC; Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC. <br><br>                  Defendants. | Civil Action No. 2:13-cv-01112-JRG <br><br> JURY TRIAL DEMANDED |
| ContentGuard Holdings, Inc., <br><br>                         Plaintiff, <br><br>        -against- <br><br> Google, Inc. <br><br>                  Defendant. | Civil Action No. 2:14-cv-00061-JRG <br><br> JURY TRIAL DEMANDED |

**<u>JOINT NOTICE REGARDING *MARKMAN* HEARING</u>**

Pursuant to the Court's Docket Control Orders, the parties respectfully request that the Court set aside a total of 3.5 hours for the February 6, 2015, claim construction hearings in the above-captioned cases. The parties respectfully request that (i) 3 hours, to be divided evenly between ContentGuard and the Defendants group, be set aside for claim construction argument; and (ii) 30 minutes, to be divided evenly between ContentGuard and Defendant Amazon.com,

Inc., be set aside for argument on Amazon.com, Inc.'s Motion to Dismiss the Second Amended Complaint (*Amazon* Dkt. 298).

Given the large number of disputed claim terms, the parties respectfully submit that oral argument should be focused on the following 12 terms, in the order presented below:

**A.  Terms and terms that appear in both the Stefik patents ('859, '072, '576, '956, '007, and '160) and the Chen/Nguyen patents ('280 and '053)**

1. Repository/Trusted

2. Identification certificate

3. Usage rights

4. Manner of use

5. Digital document/Digital work/Digital content

6. Document platform

7. Render(ing/ed/able)

8. Distributed repository

9. Having a grammar

**B.  Terms that appear only in the Chen/Nguyen patents ('280 and '053)**

10. Meta-right

11. State variable

**C.  Term that appears only in the Dunkeld patent ('556)**

12. Detect(ing)

The parties stand ready to address terms that do not appear on the above list, should the Court be interested in hearing argument.

DATED:  January 23, 2015                                    Respectfully submitted,


                                                    /s/ Sam Baxter

                        Samuel F. Baxter
                        State Bar No.  01938000
                        sbaxter@mckoolsmith.com
                        MCKOOL SMITH P.C.
                        104 East Houston, Suite 300
                        Marshall, Texas 75670
                        Telephone:  (903) 923-9000
                        Facsimile: (903) 923-9099


                        ATTORNEY FOR CONTENTGUARD HOLDINGS, INC.

                        /s/ Jennifer H. Doan (with permission)

                        Jennifer H. Doan
                        State Bar No. 08809050
                        jdoan@haltomdoan.com
                        Haltom & Doan
                        6500 Summerhill Road, Suite 100
                        Texarkana, TX 75503
                        (903) 255-1000
                        Fax: (903) 255-0800

                        ATTORNEY FOR AMAZON.COM, INC.

                        /s/ Melissa Richards Smith (with permission)

                        Melissa Richards Smith
                        State Bar No. 24001351
                        melissa@gillamsmithlaw.com
                        Gillam & Smith, LLP
                        303 South Washington Avenue
                        Marshall, TX 75670
                        (903) 934-8450
                        Fax: (903)-934-9257

                        ATTORNEY FOR APPLE INC.

*/s/ Eric H. Findlay* (with permission)

Eric H. Findlay
State Bar No. 00789886
efindlay@findlaycraft.com
Findlay Craft, P.C.
102 North College Ave., Suite 900
Tyler, TX 75702
(903) 534-1100
Fax:  (903) 534-1137

ATTORNEY FOR HTC CORPORATION AND HTC
AMERICA, INC.

*/s/ Scott F. Partridge* (with permission)

Scott F. Partridge
State          Bar          No.          00786940
scott.partridge@bakerbotts.com
Baker Botts LLP
910 Louisiana, Suite 3000 One Shell Plaza
Houston, TX 77002-4995
(713) 229-1569
Fax:  (713) 229-7769

ATTORNEY FOR HUAWEI DEVICE USA, INC. AND
HUAWEI TECHNOLOGIES CO., LTD.

*/s/ J. Mark Mann* (with permission)

J. Mark Mann
State Bar No. 12926150
Mark@TheMannFirm.com
MANN, TINDEL, THOMPSON
300 West Main Street
Henderson, Texas 75652
(903) 657-8540
Fax:  (903) 657-6003

ATTORNEY FOR GOOGLE INC. AND MOTOROLA
MOBILITY LLC

*/s/ Michael E. Jones* (with permission)

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
POTTER MINTON, PC
110 North College, Suite 500
Tyler, Texas 75702
(903) 597-8311
Fax: (903) 593-0846

ATTORNEY FOR SAMSUNG ELECTRONICS CO., LTD.;
SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG
TELECOMMUNICATIONS AMERICA, LLC

*/s/ Charles Everingham IV* (with permission)

Charles Everingham IV
State Bar No. 00787447
ceveringham@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
911 West Loop 281, Suite 412
Longview, TX 75604
(903) 297-7404
Fax: (903) 297-7402

ATTORNEY FOR DIRECTV, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has

been served on all counsel of record via the Court's ECF system on January 23, 2015.

/s/ Sam Baxter
Sam Baxter