# McKool Smith

Samuel F. Baxter
Direct Dial: (903) 923-9001
sbaxter@mckoolsmith.com

104 East Houston Street
Suite 300
Marshall, TX 75670

Telephone: (903) 923-9000
Facsimile: (903) 923-9099

January 29, 2015

**VIA HAND DELIVERY**

Honorable J. Rodney Gilstrap
United States District Judge
Sam B. Hall, Jr. Federal Building and United States Courthouse
100 East Houston Street
Marshall, Texas 75670

RE:   *ContentGuard Holdings, Inc. v. Amazon.com, Inc., et al.*, No. 2:13-cv-01112
      *ContentGuard Holdings, Inc. v. Google, Inc.*, No. 2:14-cv-00061

Dear Judge Gilstrap:

    In light of the Supreme Court's January 20, 2015 decision in *Teva Pharmaceuticals USA, Inc. v. Sandoz, Inc.*, No. 13-854 (S. Ct. Jan. 20, 2015), Plaintiff ContentGuard Holdings Inc. respectfully gives notice that it intends to present live expert testimony during the upcoming claim construction hearing.  The testimony, to be provided by ContentGuard's expert Michael Goodrich, Ph.D., will concern one or more the following disputed terms:  (1) manner of use; (2) usage rights; (3) digital document; (4) having a grammar; and (5) distributed repository.  While the testimony ContentGuard intends to proffer is already before the Court through the declarations Dr. Goodrich has submitted in support of ContentGuard's opening and reply briefs (*see Amazon* Action Dkt. Nos. 304-11, 345-01; *Google* Action Dkt. Nos. 103-11, 116-01), ContentGuard respectfully submits that Dr. Goodrich's live testimony will be helpful to the Court. Dr. Goodrich will be available for cross-examination by the Defendants.

Respectfully,

*Sam Baxter*

Samuel F. Baxter

Cc:  COUNSEL OF RECORD (via email)

**McKool Smith**
**A Professional Corporation • Attorneys**
**Austin  |  Dallas  |  Houston  |  Los Angeles  |  Marshall  |  New York  |  Silicon Valley  |  Washington, DC**

McKool 1075013v1