**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ContentGuard Holdings, Inc.,<br><br>                                         Plaintiff,<br><br>       -against-<br><br>Google, Inc.<br><br>                                        Defendant. | Civil Action No. 2:14-cv-00061 (JRG)<br><br>JURY TRIAL DEMANDED |

# NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF CONTENTGUARD HOLDINGS, INC.

NOW COMES Karla Y. Valenzuela with the law firm of McKool Smith, P.C., 1 Bryant Park, 47th Floor, New York, New York 10036, and enters an appearance as counsel of record for Plaintiff ContentGuard Holdings, Inc.

Sam Baxter will remain designated as the Lead Attorney for Plaintiff ContentGuard Holdings, Inc. Ms. Valenzuela is to receive notices from the Court on all issues related to this case.

Dated:  February 3, 2015	Respectfully submitted,

	*/s/  Karla Y. Valenzuela*
	Karla Y. Valenzuela
	N.Y. State Bar 5309455
	kvalenzuela@mckoolsmith.com
	McKOOL SMITH, P.C.
	One Bryant Park, 47th Floor
	New York, New York 10036
	Telephone:  (212) 402-9400
	Fax:  (212) 402-9444


	Samuel F. Baxter, Lead Attorney
	Texas State Bar No. 01938000
	sbaxter@mckoolsmith.com
	MCKOOL SMITH, P.C.
	104 East Houston, Suite 300
	Marshall, Texas 75670
	Telephone:  (903) 923-9000
	Facsimile: (903) 923-9099


	**ATTORNEYS FOR CONTENTGUARD HOLDINGS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who are deemed to have consented to electronic service on the 3rd day of February 2015.

                                                */s/  Karla Y. Valenzuela*
Karla Y. Valenzuela
N.Y. State Bar 5309455
kvalenzuela@mckoolsmith.com
McKOOL SMITH, P.C.
One Bryant Park, 47th Floor
New York, New York 10036
Telephone:  (212) 402-9400
Fax:  (212) 402-9444