IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CONTENTGUARD HOLDINGS, INC., | § | |
| | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 2:13-CV-01112-JRG |
| v. | § | JURY TRIAL REQUESTED |
| | § | |
| SAMSUNG ELECTRONICS CO. LTD.., ET AL., | § | |
| | § | |
| | § | |
| Defendants. | § | |

| | | |
|---|---|---|
| CONTENTGUARD HOLDINGS, INC., | § | |
| | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 2:14-CV-00061-JRG |
| | § | JURY TRIAL REQUESTED |
| GOOGLE, INC., | § | |
| | § | |
| | § | |
| Defendant. | § | |
| | § | |

## VERDICT FORM
## FOR THE *CONTENTGUARD HOLDINGS v. SAMSUNG AND GOOGLE* TRIAL

In answering these questions, you are to follow all of the instructions I have given you in the Court's Final Instructions to the Jury.  Your answers to each question must be unanimous.

Question No. 1(a):

Did ContentGuard prove by a preponderance of the evidence that Google infringed the following claims of the asserted patents?

Answer YES or NO for each of the listed claims below:

'859 Patent Claims

Claim 1 _____NO_____

'072 Patent Claims

Claim 1 _____NO_____

'956 Patent Claims

Claim 7 _____NO_____

'007 Patent Claims

Claim 6 _____NO_____

'053 Patent Claims

Claim 1 _____NO_____

## Question No. 1(b):

Did ContentGuard prove by a preponderance of the evidence that Samsung infringed the following claims of the asserted patents?

Answer YES or NO for each of the listed claims below:

### '859 Patent Claims

Claim 1   _NO_

### '072 Patent Claims

Claim 1   _NO_

### '956 Patent Claims

Claim 7   _NO_

## Question No. 2:

Did Google and Samsung prove by clear and convincing evidence that any of

the following claims are invalid?

Answer YES or NO for each of the listed claims below:

**'859 Patent Claims**

Claim 1 _NO_

**'072 Patent Claims**

Claim 1 _NO_

**'956 Patent Claims**

Claim 7 _NO_

**'007 Patent Claims**

Claim 6 _NO_

**'053 Patent Claims**

Claim 1 _NO_

4

<u>If you found that Google or Samsung infringed a patent claim, and you found that Defendants did not prove that the patent claim is invalid, proceed to answer the following questions.  If you did not so find, do not answer any of the remaining questions.</u>

Question No. 3(a):

ANSWER QUESTION NO. 3(A) IF AND ONLY IF YOU HAVE FOUND AT LEAST ONE CLAIM INFRINGED IN QUESTION 1(A) AND NOT INVALID IN QUESTION 2; OTHERWISE DO NOT ANSWER NO. 3(A).

What sum of money, if paid now in cash, do you find from a preponderance of the evidence would fairly and reasonably compensate ContentGuard for Google's infringement?

$ _____

Question No. 3(b):

ANSWER QUESTION NO. 3(B) IF AND ONLY IF YOU HAVE FOUND AT LEAST ONE CLAIM INFRINGED IN QUESTION 1(B) AND NOT INVALID IN QUESTION 2; OTHERWISE DO NOT ANSWER NO. 3(B).

What sum of money, if paid now in cash, do you find from a preponderance of the evidence would fairly and reasonably compensate ContentGuard for Samsung's infringement?

$ _____

Question No. 4(a):

ANSWER QUESTION NO. 4(A) IF YOU ANSWERED "YES" FOR ANY OF THE CLAIMS LISTED IN QUESTION NO. 1(A); OTHERWISE DO NOT ANSWER QUESTION NO. 4(A).

Did ContentGuard prove by clear and convincing evidence that Google's infringement was willful?

Answer YES or NO.

_____

Question No. 4(b):

ANSWER QUESTION NO. 4(B) IF YOU ANSWERED "YES" FOR ANY OF THE CLAIMS LISTED IN QUESTION NO. 1(B); OTHERWISE DO NOT ANSWER QUESTION NO. 4(B).

Did ContentGuard prove by clear and convincing evidence that Samsung's infringement was willful?

Answer YES or NO.

_____

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations.  The jury foreperson should then sign and date the verdict form in the spaces below and notify that marshal that you have reached a verdict.  The jury foreperson should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

Signed this **23** day of September, 2015.

_____

**Jury Foreperson**

9-23-2015.

7