**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| CONTENTGUARD HOLDINGS, INC. | § § | |
| v. | § § § | Case No. 2:13-CV-1112-JRG |
| SAMSUNG ELECTRONICS CO., LTD., ET AL. | § | |
| CONTENTGUARD HOLDINGS, INC. | § § | |
| v. | § § § | Case No. 2:14-CV-61-JRG |
| GOOGLE, INC. | § | |

**MINUTES FOR JURY TRIAL DAY SIX
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
September 22, 2015**

**OPEN:** 8:39 a.m.                                                                        **ADJOURN:** 7:37 p.m.

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached. |
| ATTORNEYS FOR DEFENDANTS: | See attached. |
| LAW CLERK: | Emily Chen<br>James Wang |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| TIME | MINUTES |
|---|---|
| 8:39 a.m. | Court opened. Court rulings on parties' disputes. Argument heard on disputed issues. Messrs. Briody and Yim spoke on behalf of Plaintiffs. Messrs. Root and Mann argued on behalf of Defendants. Court ruled. |
| | Exhibits used prior day read into the record. |
| 8:56 a.m. | Jury returned to the courtroom. |
| 8:57 a.m. | Video deposition of Dr. Robert Kahn shown. |
| 9:22 a.m. | Direct examination of John Bernard Ward by Mr. Unikel. |
| 9:37 a.m. | Bench conference. |
| 9:40 a.m. | Jury excused. |
| 9:41 a.m. | Hearing outside the presence of the jury regarding Mr. Ward's testimony. Court overruled Plaintiff's objection. |
| | Mr. Cote argued on behalf of Plaintiff. Mr. Unikel argued on behalf of Defendant. |

Page 2
September 22, 2015
Minutes

| | |
|---|---|
| 9:54 a.m. | Jury returned to the Courtroom.   Direct examination of Mr. Ward continued by Mr. Unikel. |
| 10:26 am | Recess. |
| 10:42 a.m. | Court reconvened.   Hearing outside the presence of the jury.   Mr. Thomas argued on behalf of Plaintiff.   Mr. Unikel argued on behalf of Google.   Mr. Barta argued on behalf of Samsung. |
| 10:59 a.m. | Jury returned to courtroom.   Cross examination of Mr. Ward by Mr. Cote. |
| | DX 86 used. |
| 11:22 a.m. | Redirect examination of Mr. Ward by Mr. Unikel. |
| 11:23 a.m. | Bench conference |
| 11:24 a.m. | Direct of David Reibstein, Ph.D. by Mr. Mann. |
| 11:53 a.m. | Lunch recess. |
| 1:07 p.m. | Court reconvened. |
| 1:09 p.m. | Jury returned to the courtroom.   Cross examination of Dr. Reibstein by Ms. Truelove. |
| 1:41 p.m. | Redirect examination of Dr. Reibstein. |
| 1:42 p.m. | Direct examination of Vince O'Brien, Ph.D. by Mr. Root. |
| 1:42 p.m. | Bench conference |
| 1:43 p.m. | Courtroom sealed. |
| 1:43 p.m. | Direct examination of Vince O'Brien, Ph.D. by Mr. Root. |
| 1:49 p.m. | Bench conference. |
| 2:10 p.m. | Cross examination of Vince O'Brien, Ph.D. by Mr. Baxter. |
| 2:34 p.m. | Redirect examination of Dr. O'Brien by Mr. Root. |
| 2:35 p.m. | Recross examination of Dr. O'Brien by Mr. Baxter. |
| 2:37 p.m. | Bench Conference. |
| 2:52 p.m. | Video Deposition of Ben Wolff shown. |
| 3:03 p.m. | Direct examination of Dan Jackson by Mr. Jones. |
| 3:08 p.m. | Bench conference. |
| 3:22 p.m. | Bench conference. |
| | Courtroom sealed. |
| 3:23 p.m. | Direct examination continued of Mr. Jackson by Mr. Jones. |
| 3:46 p.m. | Cross examination of Mr. Jackson by Mr. Baxter. |
| 4:00 p.m. | Bench conference. |
| 4:02 p.m. | Witness excused.   Courtroom unsealed. |
| 4:03 p.m. | Jury excused.   Hearing outside the presence of the Jury |
| 4:06 p.m. | Recess. |
| 4:19 p.m. | Jury returned to courtroom. |
| 4:20 p.m. | Plaintiff's Rebuttal case. |
| 4:21 p.m. | Direct examination of Dr. David Martin by Mr. Thomas. |

Page 3
September 22, 2015
Minutes

| | |
|---|---|
| 4:27 p.m. | Cross examination of Dr. Martin by Mr. Unikel. |
| 4:35 p.m. | Bench conference. |
| 4:36 p.m. | DX 447 used. |
| 4:41 p.m. | Redirect examination of Dr. Martin by Mr. Thomas. |
| 4:42 p.m. | Witness excused. Direct examination of Dr. Michael Goodrich. |
| 4:44 p.m. | Bench conference. |
| 4:45 p.m. | Direct examination of Dr. Goodrich by Mr. Thomas. |
| 5:09 p.m. | Bench conference. |
| 5:10 p.m. | Direct examination of Dr. Goodrich by Mr. Thomas. |
| 5:18 p.m. | Cross examination of Dr. Goodrich by Mr. Unikel |
| 5:58 p.m. | Cross examination of Dr. Goodrich by Mr. Barta. |
| 6:03 p.m. | Redirect examination of Dr. Goodrich by Mr. Thomas. |
| 6:07 p.m. | Recross examination of Dr. Goodrich by Mr. Unikel. |
| 6:11 p.m. | Jury excused until 10:30 a.m. |
| | 9:00 a.m. informal charge conference in the morning. |
| 6:29 p.m. | Court reconvened. |
| 6:31 p.m. | The Court heard argument on Plaintiff/Defendants' Judgments as a Matter of Law on various issues. Mr. Hasenour, Mr. Dehoney, Mr. Hansen, Mr. Yim, Mr. Cote, Ms. Williams, Mr. Sirota, Mr. Malecek and Mr. Jones argued on behalf of the parties. The Court ruled on the Motions. |
| 7:37 p.m. | Court adjourned. |