# EXHIBIT 4

| | INVOICE |
|---|---|
| | **DATE** |
| | 7/6/15 |

**Shelly Holmes, CSR-TCRR**
**Official Court Reporter**
**United States District Court**
**Eastern District of Texas**
**Marshall Division**
**100 East Houston Street**
**Marshall, Texas  75670**
**Phone (903) 923-7464  Fax (903) 935-2295**
**Shelly_Holmes@txed.uscourts.gov**

BILL TO

Ms. Dianne Meek
Kaye Scholer LLP
Two Palo Alto Square
3000 El Camino Real
Suite 400
Palo Alto, California 94306

| **DESCRIPTION** | **AMOUNT** |
|---|---|
| 2:13-CV-1112-JRG:  ContentGuard Holdings vs. Amazon.com, et al., before United States District Judge Rodney Gilstrap<br><br>  Motion Hearing 7/1/15<br>  (29 pages)<br><br><br>(DUE UPON RECEIPT)<br><br>I, Shelly Holmes, Official Reporter, do certify that the transcript fees charged and the page format used comply with the requirements of this court and the Judicial Conference of the United States.<br><br>         Shelly Holmes, CSR-TCRR<br>         Official Reporter | $52.20 |
| **TOTAL** | **$52.20** |

# INVOICE

| DATE |
|---|
| 8/3/15 |

**Shelly Holmes, CSR-TCRR**
Official Court Reporter
United States District Court
Eastern District of Texas
Marshall Division
100 East Houston Street
Marshall, Texas 75670
Phone (903) 923-7464  Fax (903) 935-2295
Shelly_Holmes@txed.uscourts.gov

**BILL TO**

Camila Bosio
Legal Secretary
Kaye Scholer LLP
Two Palo Alto Square
3000 El Camino Real | Suite 400
Palo Alto, California 94306

| DESCRIPTION | AMOUNT |
|---|---|
| 2:12-CV-1112-JRG: ContentGuard vs. Amazon.com, et al., before United States District Judge Rodney Gilstrap<br><br>Motion Hearing 6/23/15<br>(36 pages)<br><br>Q369678<br><br>**(DUE UPON RECEIPT)**<br><br>I, Shelly Holmes, Official Reporter, do certify that the transcript fees charged and the page format used comply with the requirements of this court and the Judicial Conference of the United States.<br><br>Shelly Holmes, CSR-TCRR<br>Official Reporter | $64.80 |
| **TOTAL** | **$64.80** |

# KAYE SCHOLER LLP

## REQUISITION FOR CHECK

DATE: August 3, 2015

CERTIFIED: ( )   SPECIAL ACCOUNT: ( )

TO THE ORDER OF: Shelly Holmes

_____
(ACCOUNTING USE ONLY)

AMOUNT (IN WORDS): Sixty-four dollars and eighty cents     $ 64.80

CLIENT NAME: Google Inc.     # 26101

MATTER NAME: Contentguard v. Google     # 0012

TO PAY FOR: Rush transcript request — Send directly to Shelly!
Paid by end of this week.

(ACCOUNTING USE ONLY) COST CODE _____   G/L ACCT. # _____

AUTHORIZED BY                              INCURRED BY
_Michael Malecek CB_  10574                _Michael Malecek CB_  10574
(ORIGINAL SIGNATURE — IN INK) ATTY. #      (ORIGINAL SIGNATURE — IN INK) ATTY. #

CODED/CALCULATED _____                    G/L DIST. _____



# INVOICE

| DATE |
|---|
| 8/4/15 |

**Shelly Holmes, CSR-TCRR**
Official Court Reporter
United States District Court
Eastern District of Texas
Marshall Division
100 East Houston Street
Marshall, Texas 75670
Phone (903) 923-7464  Fax (903) 935-2295
Shelly_Holmes@txed.uscourts.gov



PAID
8-7-15

### BILL TO

Mr. Mark Mann
Mann Tindel & Thompson
300 W. Main
Henderson, TX 75652

| DESCRIPTION | AMOUNT |
|---|---|
| 2:12-CV-1112-JRG: ContentGuard vs. Amazon.com, et al., before United States District Judge Rodney Gilstrap  Pretrial Hearing 7/27/15 (121 pages)  Pretrial Hearing 7/27/15 (114 pages)  Pretrial Hearing 7/27/15 (85 pages)  (320 total pages) | $724.00 |

### (DUE UPON RECEIPT)

I, Shelly Holmes, Official Reporter, do certify that the transcript fees charged and the page format used comply with the requirements of this court and the Judicial Conference of the United States.

Shelly Holmes, CSR-TCRR
Official Reporter

| | TOTAL | $724.00 |
|---|---|---|

# INVOICE

| DATE |
|---|
| 8/14/15 |

# Shelly Holmes, CSR-TCRR
Official Court Reporter
United States District Court
Eastern District of Texas
Marshall Division
100 East Houston Street
Marshall, Texas 75670
Phone (903) 923-7464  Fax (903) 935-2295
Shelly_Holmes@txed.uscourts.gov

## BILL TO

Mr. Mark Mann
Mann Tindel & Thompson
300 W. Main
Henderson, TX 75652

| DESCRIPTION | AMOUNT |
|---|---|
| 2:13-CV-1112-JRG: ContentGuard Holdings vs. Amazon.com, et al., before United States District Judge Rodney Gilstrap | |
| Pretrial Hearing 8/5/15 (205 pages) | $617.56 |
| Pretrial Hearing 8/7/15 (189 pages) | $470.13 |
| Pretrial Hearing (Sealed Portion) 8/7/15 (189 pages) | $134.32 |

**(DUE UPON RECEIPT)**

I, Shelly Holmes, Official Reporter, do certify that the transcript fees charged and the page format used comply with the requirements of this court and the Judicial Conference of the United States.

Shelly Holmes, CSR-TCRR
Official Reporter

| | TOTAL | $1,222.01 |
|---|---|---|

# INVOICE

| DATE |
|---|
| 9/3/15 |

**Shelly Holmes, CSR-TCRR**
Official Court Reporter
United States District Court
Eastern District of Texas
Marshall Division
100 East Houston Street
Marshall, Texas 75670
Phone (903) 923-7464  Fax (903) 935-2295
Shelly_Holmes@txed.uscourts.gov



PAID
9-9-15

**BILL TO**

Mr. J. Mark Mann
Mann Tindel & Thompson
300 W. Main
Henderson, TX 75652

| DESCRIPTION | AMOUNT |
|---|---|
| 2:13-CV-1112-JRG: ContentGuard Holdings vs. Amazon.com, et al., before United States District Judge Rodney Gilstrap<br><br>Pretrial Hearing 9/1/15<br>(135 pages) | $352.12 |

### (DUE UPON RECEIPT)

I, Shelly Holmes, Official Reporter, do certify that the transcript fees charged and the page format used comply with the requirements of this court and the Judicial Conference of the United States.

Shelly Holmes, CSR-TCRR
Official Reporter

| | TOTAL | $352.12 |
|---|---|---|

# INVOICE

| DATE |
|---|
| 9/9/15 |

**Shelly Holmes, CSR-TCRR**
Official Court Reporter
United States District Court
Eastern District of Texas
Marshall Division
100 East Houston Street
Marshall, Texas 75670
Phone (903) 923-7464  Fax (903) 935-2295
Shelly_Holmes@txed.uscourts.gov


Q414614

| BILL TO |
|---|
| Ms. Marisa Armanino Williams |
| Kaye Scholer LLP |
| 3000 El Camino Real |
| 2 Palo Alto Square |
| Suite 400 |
| Palo Alto, CA 94306 |

| DESCRIPTION | AMOUNT |
|---|---|
| 2:13-CV-1112-JRG: ContentGuard vs. Samsung; and 2:14-CV-61-JRG: ContentGuard vs. Google, before United States District Judge Rodney Gilstrap | |
| Defendant Google's Portion of Bill for 7-Day Daily Copy Trial (estimate) | $13,000.00 |
| **TOTAL REIMBURSEMENT** | **$13,000.00** |