# EXHIBIT 5

# INVOICE

| DATE |
|------|
| 9/9/15 |

**Shelly Holmes, CSR-TCRR**
Official Court Reporter
United States District Court
Eastern District of Texas
Marshall Division
100 East Houston Street
Marshall, Texas  75670
Phone (903) 923-7464  Fax (903) 935-2295
Shelly_Holmes@txed.uscourts.gov


Q414614

| BILL TO |
|---------|
| Ms. Marisa Armanino Williams |
| Kaye Scholer LLP |
| 3000 El Camino Real |
| 2 Palo Alto Square |
| Suite 400 |
| Palo Alto, CA 94306 |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| 2:13-CV-1112-JRG:  ContentGuard vs. Samsung;  and 2:14-CV-61-JRG: ContentGuard vs. Google, before United States District Judge Rodney Gilstrap | |
| Defendant Google's Portion of Bill for 7-Day Daily Copy Trial (estimate) | $13,000.00 |
| TOTAL REIMBURSEMENT | $13,000.00 |