# EXHIBIT 9



BARNES & ROBERTS
TRIAL CONSULTING

2701 Canton St.
Dallas, TX 75226

# Invoice

| Date | Invoice No. |
|------|-------------|
| 07/24/15 | 4808 |

**Bill To:**

Kaye Scholer LLP
Mr. Michael Malecek
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA 94306

| Terms | Job # and Style | Client Matter # |
|-------|-----------------|-----------------|
| Due on receipt | 00471-0001 ContentGuard v Google/Samsung | n/a |

| Date | Item | Description | Qty. | Rate | Amount |
|------|------|-------------|------|------|--------|
| 07/13/15 | JB Consult | Trial Production - Teleconference with Michael and Marisa. Review docs, reports and mock scripts to create diagram sketches. | 5 | 375.00 | 1,875.00T |
| 07/14/15 | TL Production | Trial Production - Design graphics for ContentGuard patented system. | 3.03 | 275.00 | 833.25T |
| 07/14/15 | JV Production | Trial Production - Review Clark Expert Report and Google Jury exercise script. Consult with B&R trial team. Create proposed graphics for patented system. | 4 | 250.00 | 1,000.00T |
| 07/15/15 | TL Production | Trial Production - Design graphics for ContentGuard and Google's system. | 4.26 | 275.00 | 1,171.50T |
| 07/15/15 | JV Production | Trial Production - Create proposed graphics explaining patented, accused system. Consult with B&R trial team to discuss demonstratives. | 3.25 | 250.00 | 812.50T |
| 07/16/15 | TL Production | Trial Production - Design graphics for ContentGuard and Google's system. | 4.38 | 275.00 | 1,204.50T |
| 07/16/15 | JV Production | Trial Production - Create proposed graphics explaining patented, accused system. | 4 | 250.00 | 1,000.00T |
| 07/17/15 | JB Consult | Trial Production - Teleconference with KS team re draft system diagrams (3:30-4:30); design Google system to comport with evidentiary sources (4:30-6:00). | 2.5 | 375.00 | 937.50T |
| 07/17/15 | SB Consult | Trial Production - Teleconference. | 1 | 175.00 | 175.00T |
| 07/17/15 | TL Consult | Trial Production - Teleconference to discuss trial demonstratives. | 1.13 | 275.00 | 310.75T |
| 07/17/15 | TL Consult | Trial Production - Discuss with the team how to depict different systems. | 1.38 | 275.00 | 379.50T |
| 07/17/15 | JV Case Mgmt. | Trial Production - Teleconference with Google team to present | 2.5 | 250.00 | 625.00T |

Unless otherwise agreed to in writing, this invoice is due upon receipt. If you have a question about any item on this invoice, please notify us at AR@brtrial.com within 5 business days. Invoices not paid within 60 days will accrue finance charges. A form W-9 or ACH Credit Instructions can be obtained from the Business Manager at maryellen@brtrial.com or 214-421-5900. Thank you for your business!

| | |
|-----|-----|
| Total | |
| Payments | $-11,176.27 |
| **Balance Due** | **$0.00** |



# Invoice

| Date | Invoice No. |
|------|-------------|
| 07/24/15 | 4808 |

Barnes & Roberts
TRIAL CONSULTING

2701 Canton St.
Dallas, TX 75226

| Bill To: |
|----------|
| Kaye Scholer LLP |
| Mr. Michael Malecek |
| Two Palo Alto Square |
| 3000 El Camino Real, Suite 400 |
| Palo Alto, CA 94306 |

| Terms | Job # and Style | Client Matter # |
|-------|-----------------|-----------------|
| Due on receipt | 00471-0001 ContentGuard v Google/Samsung | n/a |

| Date | Item | Description | Qty. | Rate | Amount |
|------|------|-------------|------|------|--------|
| | | proposed demonstrative style. Consult with B&R team about possible demonstrative creation/evidence presentation. Sales Tax - Outlet 2 D2 | | 8.25% | 851.77 |

Unless otherwise agreed to in writing, this invoice is due upon receipt. If you have a question about any item on this invoice, please notify us at AR@brtrial.com within 5 business days. Invoices not paid within 60 days will accrue finance charges. A form W-9 or ACH Credit Instructions can be obtained from the Business Manager at maryellen@brtrial.com or 214-421-5900. Thank you for your business!

| | |
|---|---|
| Total | $11,176.27 |
| Payments | $-11,176.27 |
| **Balance Due** | **$0.00** |

 # Invoice

 **BARNES & ROBERTS**
TRIAL CONSULTING

2701 Canton St.
Dallas, TX 75226

| Date | Invoice No. |
|------|-------------|
| 07/31/15 | 4814 |

**Bill To:**

Kaye Scholer LLP
Mr. Michael Malecek
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA 94306

| Terms | Job # and Style | Client Matter # |
|-------|-----------------|-----------------|
| Due on receipt | 00471-0001 ContentGuard v Google/Samsung | n/a |

| Date | Item | Description | Qty. | Rate | Amount |
|------|------|-------------|------|------|--------|
| 07/20/15 | TL Production | Trial Production - Design graphics for Google system. | 2.08 | 275.00 | 572.00T |
| 07/21/15 | TL Production | Trial Production - Illustrate/animate Google video license system. | 7.36 | 275.00 | 2,024.00T |
| 07/22/15 | TL Production | Trial Production - Illustrate/animate Google media delivery system and ContentGuard patented system. | 7.23 | 275.00 | 1,988.25T |
| | | Sales Tax  - Outlet 2 D2 | | 8.25% | 378.20 |

Unless otherwise agreed to in writing, this invoice is due upon receipt. If you have a question about any item on this invoice, please notify us at AR@brtrial.com within 5 business days. Invoices not paid within 60 days will accrue finance charges.  A form W-9 or ACH Credit Instructions can be obtained from the Business Manager at maryellen@brtrial.com or 214-421-5900.  Thank you for your business!

| | |
|---|---|
| Total | $4,962.45 |
| Payments | $-4,962.45 |
| **Balance Due** | **$0.00** |

 

# Invoice

| Date | Invoice No. |
|------|-------------|
| 08/07/15 | 4820 |

**Barnes & Roberts**
TRIAL CONSULTING

2701 Canton St.
Dallas, TX 75226

| Bill To: |
|---|
| Kaye Scholer LLP |
| Mr. Michael Malecek |
| Two Palo Alto Square |
| 3000 El Camino Real, Suite 400 |
| Palo Alto, CA 94306 |

| Terms | Job # and Style | Client Matter # |
|-------|-----------------|-----------------|
| Due on receipt | 00471-0001 ContentGuard v Google/Samsung | **n/a** |

| Date | Item | Description | Qty. | Rate | Amount |
|------|------|-------------|------|------|--------|
| 07/31/15 | AH Production | Trial Production - Copy and organize witness folders, create witness log and log received media details into case database. | 3.38 | 200.00 | 676.00T |
| | | Sales Tax  - Outlet 2 D2 | | 8.25% | 55.77 |

Unless otherwise agreed to in writing, this invoice is due upon receipt. If you have a question about any item on this invoice, please notify us at AR@brtrial.com within 5 business days. Invoices not paid within 60 days will accrue finance charges.  A form W-9 or ACH Credit Instructions can be obtained from the Business Manager at maryellen@brtrial.com or 214-421-5900.  Thank you for your business!

| | |
|---|---|
| Total | $731.77 |
| Payments | $-731.77 |
| **Balance Due** | **$0.00** |



**BARNES & ROBERTS**
TRIAL CONSULTING

2701 Canton St.
Dallas, TX 75226



# Invoice

| Date | Invoice No. |
|------|-------------|
| 08/14/15 | 4827 |

Bill To:

Kaye Scholer LLP
Mr. Michael Malecek
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA 94306

| Terms | Job # and Style | Client Matter # |
|-------|-----------------|-----------------|
| Due on receipt | 00471-0001 ContentGuard v Google/Samsung | **n/a** |

| Date | Item | Description | Qty. | Rate | Amount |
|------|------|-------------|------|------|--------|
| 08/06/15 | AH Production | Quality Check and/or repair synchronized deposition by manually time stamping to ensure proper time coding for proper playback. Compile list of problems in order to obtain correct/missing media. Verify media from third-party vendors, log media details into case database. | 3.18 | 200.00 | 636.00T |
| 08/06/15 | TL Production | Download, rename and add exhibits to pre-trial case. | 5.39 | 275.00 | 1,482.25T |
| 08/07/15 | AH Production | Continue with Quality Check and/or repair synchronized deposition by manually time stamping to ensure proper time coding for proper playback. Compile list of problems in order to obtain correct/missing media. Verify media from third-party vendors, log media details into case database. | 4.7 | 200.00 | 940.00T |
| 08/07/15 | TL Presentation | Present for Exhibits pre-trial hearing. | 5.12 | 275.00 | 1,408.00T |
| | | Sales Tax  - Outlet 2 D2 | | 8.25% | 368.47 |

| | | |
|---|---|---|
| Unless otherwise agreed to in writing, this invoice is due upon receipt. If you have a question about any item on this invoice, please notify us at AR@brtrial.com within 5 business days. Invoices not paid within 60 days will accrue finance charges.  A form W-9 or ACH Credit Instructions can be obtained from the Business Manager at maryellen@brtrial.com or 214-421-5900.  Thank you for your business! | Total | $4,834.72 |
| | Payments | $-4,834.72 |
| | **Balance Due** | **$0.00** |



# Invoice

| Date | Invoice No. |
|------|-------------|
| 08/21/15 | 4830 |

Barnes & Roberts
TRIAL CONSULTING
2701 Canton St.
Dallas, TX 75226



Bill To:

Kaye Scholer LLP
Mr. Michael Malecek
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA 94306

| Terms | Job # and Style | Client Matter # |
|-------|-----------------|-----------------|
| Due on receipt | 00471-0001 ContentGuard v Google/Samsung | **n/a** |

| Date | Item | Description | Qty. | Rate | Amount |
|------|------|-------------|------|------|--------|
| 08/10/15 | TL Production | Trial Production - Image trial exhibits and design slides for expert Ward direct testimony. | 3.85 | 275.00 | 1,058.75T |
| 08/11/15 | TL Production | Trial Production - Design slides for expert Ward direct testimony. | 5.62 | 275.00 | 1,545.50T |
| 08/12/15 | TL Production | Trial Production - Design slides for expert Ward direct testimony. | 8.34 | 275.00 | 2,293.50T |
| 08/13/15 | JB Consult | Trial Production - Teleconference with KS team; art direction with Tracy after call on edits. | 1.5 | 375.00 | 562.50T |
| 08/13/15 | TL Production | Trial Production - Design slides for expert Ward direct testimony. | 2.37 | 275.00 | 651.75T |
| 08/14/15 | TL Production | Trial Production - Design/animate slides for the WideVine system. | 7.47 | 275.00 | 2,054.25T |
| 08/14/15 | AL Production | Trial Production - Create new MGM lion sequence and export as a GIF. | 0.25 | 200.00 | 50.00T |
| 08/14/15 | SR Production | Trial Production - Illustrations per Tracy Lodge's request. | 2 | 250.00 | 500.00T |
| 08/13/15 | | 8/10 FedEx 774250085261 TL return hard drive to Tim Chao at Kaye Scholer LLP Palo Alto, CA. | | 19.91 | 19.91T |
| | | Sales Tax  - Outlet 2 D2 | | 8.25% | 720.73 |

Unless otherwise agreed to in writing, this invoice is due upon receipt. If you have a question about any item on this invoice, please notify us at AR@brtrial.com within 5 business days. Invoices not paid within 60 days will accrue finance charges.  A form W-9 or ACH Credit Instructions can be obtained from the Business Manager at maryellen@brtrial.com or 214-421-5900.  Thank you for your business!

| | |
|--|--|
| Total | $9,456.89 |
| Payments | $0.00 |
| **Balance Due** | **$9,456.89** |

 **BARNES & ROBERTS**
TRIAL CONSULTING

# Invoice

2701 Canton St.
Dallas, TX 75226

| Date | Invoice No. |
|---|---|
| 08/28/15 | 4835 |

Bill To:

Kaye Scholer LLP
Mr. Michael Malecek
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA 94306

| Terms | Job # and Style | Client Matter # |
|---|---|---|
| Due on receipt | 00471-0001 ContentGuard v Google/Samsung | n/a |

| Date | Item | Description | Qty. | Rate | Amount |
|---|---|---|---|---|---|
| 08/17/15 | JB Production | Trial Production - Edits to system diagrams and animation sequences, review claim construction issue around digital certificates and draft slides explaining nested definitions. | 2.5 | 375.00 | 937.50T |
| 08/17/15 | TL Production | Trial Production - Illustrate/animate Google/WideVine system and the ContentGuard system. | 7.92 | 275.00 | 2,178.00T |
| 08/18/15 | TL Production | Trial Production - Design/revise slides for Ward invalidity testimony. | 8.12 | 275.00 | 2,233.00T |
| 08/19/15 | TL Production | Trial Production - Conference call to discuss graphics with Mike Malecek and Marisa Williams. | 1.52 | 275.00 | 418.00T |
| 08/19/15 | TL Production | Trial Production - Design/revise slides for Ward invalidity testimony. Revise WideVine and other diagram presentations. | 6.36 | 275.00 | 1,749.00T |
| 08/19/15 | SR Production | Trial Production - Revisions to illustrations per Tracy Lodge. | 2 | 250.00 | 500.00T |
| 08/20/15 | SB Production | Trial Production - Call with Robert to Discuss damages deck. | 0.26 | 175.00 | 45.50T |
| 08/20/15 | SB Production | Trial Production - Damages presentation. | 1.59 | 175.00 | 278.25T |
| 08/20/15 | SB Production | Trial Production - Edits to damages deck per Robert. | 2.57 | 175.00 | 449.75T |
| 08/20/15 | TL Production | Trial Production - Revise WideVine and other diagram presentations. | 5.31 | 275.00 | 1,460.25T |
| 08/21/15 | SB Production | Trial Production - Edits to damages deck. | 1.9 | 175.00 | 332.50T |
| 08/21/15 | TL Production | Trial Production - Design/revise slides for Ward invalidity testimony. Revise WideVine and other diagram presentations. | 7.12 | 275.00 | 1,958.00T |
| 08/22/15 | TL Production | Trial Production - Design/revise slides for Ward invalidity testimony. | 3.78 | 275.00 | 1,039.50T |
| | | Sales Tax  - Outlet 2 D2 | | 8.25% | 1,120.29 |

Unless otherwise agreed to in writing, this invoice is due upon receipt. If you have a question about any item on this invoice, please notify us at AR@brtrial.com within 5 business days. Invoices not paid within 60 days will accrue finance charges.  A form W-9 or ACH Credit Instructions can be obtained from the Business Manager at maryellen@brtrial.com or 214-421-5900.  Thank you for your business!

| | |
|---|---|
| Total | $14,699.54 |
| Payments | $0.00 |
| **Balance Due** | **$14,699.54** |


BARNES & ROBERTS
TRIAL CONSULTING

2701 Canton St.
Dallas, TX 75226

# Invoice

| Date | Invoice No. |
|------|-------------|
| 09/04/15 | 4843 |

Bill To:

Kaye Scholer LLP
Mr. Michael Malecek
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA 94306

| Terms | Job # and Style | Client Matter # |
|-------|-----------------|-----------------|
| Due on receipt | 00471-0001 ContentGuard v Google/Samsung | n/a |

| Date | Item | Description | Qty. | Rate | Amount |
|------|------|-------------|------|------|--------|
| 08/23/15 | TL Production | Trial Production: WebEx meeting to discuss graphics. | 1.08 | 275.00 | 297.00T |
| 08/23/15 | TL Production | Trial Production: Design/revise slides for Ward invalidity testimony. | 1.56 | 275.00 | 429.00T |
| 08/24/15 | SB Production | Trial Production: Edits to damages deck. | 4.5 | 175.00 | 787.50T |
| 08/24/15 | AH Production | Trial Production: Update witness log and log received media details into case database. Quality Check and/or repair synchronized deposition by manually time-stamping to ensure proper time-coding for proper playback. Compile list of problems in order to obtain correct/missing media. Verify media from third-party vendors, log media details into case database and upload files to server. Create individual cases for trial presentation. Digital Video Transcript editing per provided designations - video excerpts. | 5.43 | 200.00 | 1,086.00T |
| 08/24/15 | TL Production | Trial Production: Design/revise slides for Clark direct, Ward direct and claim construction. | 6.33 | 275.00 | 1,740.75T |
| 08/25/15 | SB Production | Trial Production: Edits to damages deck. | 1.95 | 175.00 | 341.25T |
| 08/25/15 | SB Production | Trial Production: Kahn & Wang witness designations. | 1.62 | 175.00 | 283.50T |
| 08/25/15 | AH Production | Trial Production: Video excerpts - update witness log and log received media details into case database. Digital Video Transcript editing per provided designations. | 1.16 | 200.00 | 232.00T |
| 08/25/15 | TL Presentation | Trial Production: GTR compliant. | 2.34 | 275.00 | 643.50T |
| 08/26/15 | SB Production | Trial Production: Teleconference with Robert re non-infringement. | 0.55 | 175.00 | 96.25T |
| 08/26/15 | SB Production | Trial Production: Edits to damages deck per Robert. | 0.87 | 175.00 | 152.25T |
| 08/26/15 | SB Production | Trial Production: Peter Pirolli designation edits. | 0.77 | 175.00 | 134.75T |
| 08/26/15 | TL Production | Trial Production: Design/create non-infringement slides for Clark direct testimony. | 6.57 | 275.00 | 1,806.75T |

Unless otherwise agreed to in writing, this invoice is due upon receipt. If you have a question about any item on this invoice, please notify us at AR@brtrial.com within 5 business days. Invoices not paid within 60 days will accrue finance charges. A form W-9 or ACH Credit Instructions can be obtained from the Business Manager at maryellen@brtrial.com or 214-421-5900. Thank you for your business!

| | |
|---|---|
| Total | |
| Payments | $0.00 |
| **Balance Due** | **$15,391.53** |


**BARNES & ROBERTS**
TRIAL CONSULTING

2701 Canton St.
Dallas, TX 75226

# Invoice

| Date | Invoice No. |
|------|-------------|
| 09/04/15 | 4843 |

Bill To:

Kaye Scholer LLP
Mr. Michael Malecek
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA 94306

| Terms | Job # and Style | Client Matter # |
|-------|-----------------|-----------------|
| Due on receipt | 00471-0001 ContentGuard v Google/Samsung | **n/a** |

| Date | Item | Description | Qty. | Rate | Amount |
|------|------|-------------|------|------|--------|
| 08/27/15 | SB Consult | Trial Production: Teleconference re decks and edits. | 1.47 | 175.00 | 257.25T |
| 08/27/15 | SB Production | Trial Production: Edits to damages deck. | 4.47 | 175.00 | 782.25T |
| 08/27/15 | TL Consult | Trial Production: Conference call to discuss graphics. | 1 | 275.00 | 275.00T |
| 08/27/15 | TL Production | Trial Production: Design/create non-infringement slides for Clark direct testimony and Ward testimony. | 5.82 | 275.00 | 1,600.50T |
| 08/28/15 | SB Production | Trial Production: Edits to damages deck. Reformat Reibstein deck. | 3.94 | 175.00 | 689.50T |
| 08/28/15 | AH Production | Trial Production: Video excerpts - Digital Video Transcript editing per provided designations. | 3.1 | 200.00 | 620.00T |
| 08/28/15 | TL Production | Trial Production: Design/create non-infringement slides for Clark direct testimony and Ward testimony. | 6.32 | 275.00 | 1,738.00T |
| 08/29/15 | TL Consult | Conference call re exhibits for pre-trial hearing. | 0.82 | 275.00 | 225.50T |
| | | Sales Tax  - Outlet 2 D2 | | 8.25% | 1,173.03 |

Unless otherwise agreed to in writing, this invoice is due upon receipt. If you have a question about any item on this invoice, please notify us at AR@brtrial.com within 5 business days. Invoices not paid within 60 days will accrue finance charges.  A form W-9 or ACH Credit Instructions can be obtained from the Business Manager at maryellen@brtrial.com or 214-421-5900.  Thank you for your business!

| | |
|---|---|
| Total | $15,391.53 |
| Payments | $0.00 |
| **Balance Due** | **$15,391.53** |



# Invoice



**BARNES & ROBERTS**
TRIAL CONSULTING

2701 Canton St.
Dallas, TX 75226

| Date | Invoice No. |
|---|---|
| 09/11/15 | 4845 |

Bill To:

Kaye Scholer LLP
Mr. Michael Malecek
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA 94306

| Terms | Job # and Style | Client Matter # |
|---|---|---|
| Due on receipt | 00471-0001 ContentGuard v Google/Samsung | **690962.0012** |

| Date | Item | Description | Qty. | Rate | Amount |
|---|---|---|---|---|---|
| 09/03/15 | JB Consult | Trial Production - Teleconference re damages. | 2 | 375.00 | 750.00T |
| | | Sales Tax - Outlet 2 D2 | | 8.25% | 61.88 |

Unless otherwise agreed to in writing, this invoice is due upon receipt. If you have a question about any item on this invoice, please notify us at AR@brtrial.com within 5 business days. Invoices not paid within 60 days will accrue finance charges. A form W-9 or ACH Credit Instructions can be obtained from the Business Manager at maryellen@brtrial.com or 214-421-5900. Thank you for your business!

| | |
|---|---|
| Total | $811.88 |
| Payments | $0.00 |
| **Balance Due** | **$811.88** |



# Invoice

| Date | Invoice No. |
|------|-------------|
| 09/11/15 | 4848 |

2701 Canton St.
Dallas, TX 75226

Bill To:

Kaye Scholer LLP
Mr. Michael Malecek
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA 94306

| Terms | Job # and Style | Client Matter # |
|-------|-----------------|-----------------|
| Due on receipt | 00471-0001 ContentGuard v Google/Samsung | n/a |

| Date | Item | Description | Qty. | Rate | Amount |
|------|------|-------------|------|------|--------|
| 08/30/15 | TL Production | Pre-Trial Hearing Production - Design slides. | 1.32 | 275.00 | 363.00T |
| 08/31/15 | AH Production | Pre-Trial Hearing Production - Digital Video Transcript editing per provided designations to ensure video starts and stops on assigned page line number, take out objections and long pauses. | 3.56 | 200.00 | 712.00T |
| 08/31/15 | TL Case Mgmt | Pre-Trial Hearing Production - Add exhibits. | 3.78 | 275.00 | 1,039.50T |
| 08/31/15 | TL Travel Hour | Drive to Marshall, TX from Dallas, TX for Pre-Trial Hearing - production/presentation support. | 2.73 | 275.00 | 750.75T |
| 09/01/15 | SB Production | Pre-Trial Hearing Production - Edits. Format Reibstein deck. | 1.49 | 175.00 | 260.75T |
| 09/01/15 | TL Presentation | Pre-Trial Hearing - Presenting in court; Marshall, TX. | 6.12 | 275.00 | 1,683.00T |
| 09/02/15 | SB Production | Trial Production - Edits to damages per Robert. | 0.52 | 175.00 | 91.00T |
| 09/02/15 | AH Production | Trial Production - Format and synchronize all files from server to external hard drives. | 2.29 | 200.00 | 458.00T |
| 09/02/15 | TL Production | Trial Production - Design/Revise Ward invalidity slides. | 2.22 | 275.00 | 610.50T |
| 09/02/15 | TL Travel Hour | Drive to Dallas, TX from Marshall, TX following Pre-Trial Hearing - production/presentation support. | 2.53 | 275.00 | 695.75T |
| 09/03/15 | SB Consult | Trial Production - Teleconference re Reibstein deck and damages deck. | 2.55 | 175.00 | 446.25T |
| 09/03/15 | SB Production | Trial Production - Edits to damages deck per teleconference. | 2.11 | 175.00 | 369.25T |
| 09/03/15 | AH Production | Trial Production - Quality Check and/or repair synchronized deposition by manually time-stamping to ensure proper time-coding for proper playback. | 0.31 | 200.00 | 62.00T |
| 09/03/15 | TimeCoding | Trial Production - Synchronize deposition video and transcript for witness: Chen, Eddie (Vol. 01) - 03/17/2015 Multimedia Duration: 06:50:38:21; Chen, Eddie (Vol. 02) - 03/18/2015 Multimedia Duration: 07:08:52:09. | 13.99 | 75.00 | 1,049.25T |

Unless otherwise agreed to in writing, this invoice is due upon receipt. If you have a question about any item on this invoice, please notify us at AR@brtrial.com within 5 business days. Invoices not paid within 60 days will accrue finance charges. A form W-9 or ACH Credit Instructions can be obtained from the Business Manager at maryellen@brtrial.com or 214-421-5900. Thank you for your business!

| | |
|---|---|
| Total | |
| Payments | $0.00 |
| **Balance Due** | **$12,706.72** |



# Invoice

| Date | Invoice No. |
|---|---|
| 09/11/15 | 4848 |

**Bill To:**

Kaye Scholer LLP
Mr. Michael Malecek
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA 94306

| Terms | Job # and Style | Client Matter # |
|---|---|---|
| Due on receipt | 00471-0001 ContentGuard v Google/Samsung | n/a |

| Date | Item | Description | Qty. | Rate | Amount |
|---|---|---|---|---|---|
| 09/03/15 | AH Production | Trial Production - Create video excerpts: Digital Video Transcript editing per provided designations, synchronize files from server to external hard drives. | 1.99 | 200.00 | 398.00T |
| 09/03/15 | TL Production | Trial Production - Illustrate/animate: hypothetical negotiation, purchasing a phone and downloading and watching a movie on a phone. | 2.61 | 275.00 | 717.75T |
| 09/04/15 | SB Production | Trial Production - Edits to damages deck and Reibstein deck per teleconference. | 4.69 | 175.00 | 820.75T |
| 09/04/15 | AH Production | Trial Production - Create video excerpts: Digital Video Transcript editing per provided designations, ensure video starts and stops on assigned page line number, take out objections and long pauses, synchronize files from server to external hard drives. | 3.28 | 200.00 | 656.00T |
| 08/31/15 | Reimb Group | TL: 8/31 Lunch - Pre-Trial Hearing support. | | 6.59 | 6.59T |
| 09/01/15 | | TL: 9/1 Dinner while in Marshall, TX for Pre-Trial Hearing - production/presentation support. | | 20.24 | 20.24T |
| 09/02/15 | | TL: 8/31 - 9/2 Lodging in Marshall, TX for Pre-Trial Hearing - production/presentation support. | | 320.98 | 320.98T |
| 09/02/15 | | AH: 3 x WD My Passport for Mac 500GB Portable External Hard Drive USB 3.0 - for use in court. | | 207.00 | 207.00T |
| | | Total Reimbursable Expenses | | | 554.81 |
| | | Sales Tax - Outlet 2 D2 | | 8.25% | 968.41 |

Unless otherwise agreed to in writing, this invoice is due upon receipt. If you have a question about any item on this invoice, please notify us at AR@brtrial.com within 5 business days. Invoices not paid within 60 days will accrue finance charges. A form W-9 or ACH Credit Instructions can be obtained from the Business Manager at maryellen@brtrial.com or 214-421-5900. Thank you for your business!

| | |
|---|---|
| Total | $12,706.72 |
| Payments | $0.00 |
| **Balance Due** | **$12,706.72** |



# Invoice

| | Date | Invoice No. |
|---|---|---|
| | 09/18/15 | 4851 |

Bill To:

Kaye Scholer LLP
Mr. Michael Malecek
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA 94306

| Terms | Job # and Style | Client Matter # |
|---|---|---|
| Due on receipt | 00471-0001 ContentGuard v Google/Samsung | n/a |

| Date | Item | Description | Qty. | Rate | Amount |
|---|---|---|---|---|---|
| 09/06/15 | AH DVT Edit | Trial Production: Digital Video Transcript editing per provided designations to ensure video starts and stops on assigned page line number, remove objections and long pauses. | 5.2 | 200.00 | 1,040.00T |
| 09/07/15 | SB Production | Trial Production: Edits to Rebstein and O'Brien damages per Robert. | 1.8 | 175.00 | 315.00T |
| 09/07/15 | TL Case Mgmt | Trial Production: Sync fileserver to dropbox. Rename and load defendant's trial exhibits. | 4.48 | 275.00 | 1,232.00T |
| 09/07/15 | TL Production | Trial Production: Design/revise Ward invalidity slides. | 2.22 | 275.00 | 610.50T |
| 09/07/15 | TL Travel Hour | Travel: Dallas to Marshall, TX for on-site support. | 3.43 | 275.00 | 943.25T |
| 09/08/15 | JB Production | Trial Production: In war room, working on demonstratives. | 8 | 375.00 | 3,000.00T |
| 09/08/15 | AH DVT Edit | Trial Production: Digital Video Transcript editing per provided designations to ensure video starts and stops on assigned page line number, remove objections and long pauses. | 11.58 | 200.00 | 2,316.00T |
| 09/08/15 | TL Consult | Trial Production: Meeting at Potter Minton to review opening and witness assignments. | 3.78 | 275.00 | 1,039.50T |
| 09/08/15 | TL Production | Trial Production: Revise Ward invalidity slides, Clark non-infringement slides, create patent claim boards. | 10.81 | 275.00 | 2,972.75T |
| 09/09/15 | JB Production | Trial Production: In war room, working on opening, etc. | 11.5 | 375.00 | 4,312.50T |
| 09/09/15 | AH Production | Trial Production: Head shots of designated witnesses. | 2.69 | 200.00 | 538.00T |
| 09/09/15 | AH DVT Edit | Trial Production: Digital Video Transcript editing per provided designations to ensure video starts and stops on assigned page line number, remove objections and long pauses. | 2.43 | 200.00 | 486.00T |
| 09/09/15 | TL Production | Trial Production: Revise Ward invalidity slides, Clark non-infringement slides and claim boards. | 14.45 | 275.00 | 3,973.75T |

Unless otherwise agreed to in writing, this invoice is due upon receipt. If you have a question about any item on this invoice, please notify us at AR@brtrial.com within 5 business days. Invoices not paid within 60 days will accrue finance charges. A form W-9 or ACH Credit Instructions can be obtained from the Business Manager at maryellen@brtrial.com or 214-421-5900. Thank you for your business!

| | |
|---|---|
| Total | |
| Payments | $0.00 |
| **Balance Due** | **$65,955.49** |



# Invoice

| Date | Invoice No. |
|---|---|
| 09/18/15 | 4851 |

**BARNES & ROBERTS**
TRIAL CONSULTING

2701 Canton St.
Dallas, TX 75226

Bill To:

Kaye Scholer LLP
Mr. Michael Malecek
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA 94306

| Terms | Job # and Style | Client Matter # |
|---|---|---|
| Due on receipt | 00471-0001 ContentGuard v Google/Samsung | **n/a** |

| Date | Item | Description | Qty. | Rate | Amount |
|---|---|---|---|---|---|
| 09/10/15 | JB Production | Trial Production: In war room, working on doc prep and demonstratives for opening, voir dire, and witnesses. | 12.5 | 375.00 | 4,687.50T |
| 09/10/15 | SB Production | Trial Production: Edits to Rebstein. Replacement on FTP per client. | 0.21 | 175.00 | 36.75T |
| 09/10/15 | SB Production | Trial Production: Edits to Rebstein deck and damages deck. | 0.73 | 175.00 | 127.75T |
| 09/10/15 | AH DVT Edit | Trial Production: Digital Video Transcript editing per provided designations to ensure video starts and stops on assigned page line number, remove objections and long pauses. | 7.48 | 200.00 | 1,496.00T |
| 09/10/15 | TL Production | Trial Production: Create callouts for Stefik cross, revise non-infringement, Rosenberg and Ward invalidity slides. | 15.59 | 275.00 | 4,287.25T |
| 09/11/15 | JB Production | Trial Production: In war room, working on demonstratives for opening and cross. | 8 | 375.00 | 3,000.00T |
| 09/11/15 | SB Travel Hr. | Travel: Dallas to Marshall, TX for on-site support. | 2.25 | 175.00 | 393.75T |
| 09/11/15 | SB Production | Trial Production: In war room. | 7.49 | 175.00 | 1,310.75T |
| 09/11/15 | AH Production | Trial Production: Calculate designation time for plaintiff initial trial and Google cross-deposition. Additional DVT editing per provided designations to ensure video starts and stops on assigned page line number, remove objections and long pauses, export video excerpts and upload to ftp site. | 8.84 | 200.00 | 1,768.00T |
| 09/11/15 | TL Production | Trial Production: Revise Clark non-infringement and Mawhinney slides. Callouts for Stefik cross outline. OCR plaintiff exhibits and create a searchable index. | 14.33 | 275.00 | 3,940.75T |
| 09/12/15 | JB Production | Trial Production: In war room, working on opening demonstratives. | 8 | 375.00 | 3,000.00T |
| 09/12/15 | SB Production | Trial Production: In war room. | 12.68 | 175.00 | 2,219.00T |
| 09/12/15 | AH DVT Edit | Trial Production: Additional DVT editing per provided designations | 6.21 | 200.00 | 1,242.00T |

Unless otherwise agreed to in writing, this invoice is due upon receipt. If you have a question about any item on this invoice, please notify us at AR@brtrial.com within 5 business days. Invoices not paid within 60 days will accrue finance charges. A form W-9 or ACH Credit Instructions can be obtained from the Business Manager at maryellen@brtrial.com or 214-421-5900. Thank you for your business!

| Total | |
|---|---|
| Payments | $0.00 |
| **Balance Due** | **$65,955.49** |



# Invoice

| Date | Invoice No. |
|---|---|
| 09/18/15 | 4851 |

**BARNES & ROBERTS**
TRIAL CONSULTING

2701 Canton St.
Dallas, TX 75226

| Bill To: |
|---|
| Kaye Scholer LLP |
| Mr. Michael Malecek |
| Two Palo Alto Square |
| 3000 El Camino Real, Suite 400 |
| Palo Alto, CA 94306 |

| Terms | Job # and Style | Client Matter # |
|---|---|---|
| Due on receipt | 00471-0001 ContentGuard v Google/Samsung | n/a |

| Date | Item | Description | Qty. | Rate | Amount |
|---|---|---|---|---|---|
| | | to ensure video starts and stops on assigned page line number, remove objections and long pauses, export video excerpts and upload to ftp site. | | | |
| 09/12/15 | TL Production | Trial Production: Revise Rosenberg, Clark, Ward and Mawhinney direct slides. Prep Stefik and Goodrich cross outlines. | 14.67 | 275.00 | 4,034.25T |
| | Reimb Group | | | | |
| 09/09/15 | | TL: Shrek HD movie - demonstrative used in court. | | 13.80 | 13.80T |
| 09/11/15 | | (04) 36x48 color prints | | 6,513.09 | 6,513.09T |
| | | (24) 36x48 exhibit boards (no laminate) | | | |
| | | delivery to Marshall, TX | | | |
| 09/11/15 | | SB: 9/11 Dinner with JB while in Marshall, TX for trial - on-site production/presentation support. | | 40.00 | 40.00T |
| 09/11/15 | Other | SB: Stock image requested by client for illustration of "Willingness to Pay". | | 38.97 | 38.97T |
| | | Total Reimbursable Expenses | | | 6,605.86 |
| | | Sales Tax  - Outlet 2 D2 | | 8.25% | 5,026.63 |

Unless otherwise agreed to in writing, this invoice is due upon receipt. If you have a question about any item on this invoice, please notify us at AR@brtrial.com within 5 business days. Invoices not paid within 60 days will accrue finance charges.  A form W-9 or ACH Credit Instructions can be obtained from the Business Manager at maryellen@brtrial.com or 214-421-5900.  Thank you for your business!

| | |
|---|---|
| Total | $65,955.49 |
| Payments | $0.00 |
| **Balance Due** | **$65,955.49** |



# Invoice

| Date | Invoice No. |
|------|-------------|
| 09/25/15 | 4855 |

Bill To:

Kaye Scholer LLP
Mr. Michael Malecek
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA 94306

| Terms | Job # and Style | Client Matter # |
|-------|-----------------|-----------------|
| Due on receipt | 00471-0001 ContentGuard v Google/Samsung | n/a |

| Date | Item | Description | Qty. | Rate | Amount |
|------|------|-------------|------|------|--------|
| 09/13/15 | JB Production | Working in war room on presentation materials. | 8 | 375.00 | 3,000.00T |
| 09/13/15 | SB Production | Trial prep in war room - Marshall, TX. | 13.84 | 175.00 | 2,422.00T |
| 09/13/15 | AH Production | Calculating time for plaintiff initial trial designations and Google cross-deposition designations. Video deposition editing per provided designations creating video excerpts for trial ensuring video starts and stops on assigned page line number, removed objections and long pauses, export and upload to ftp site. | 2.97 | 200.00 | 594.00T |
| 09/13/15 | TL Production | Revise Rosenberg, Clark, Ward and Mawhinney direct slides. Prep Stefik and Goodrich cross outlines. Run-thru Rosenburg cross and direct. | 16.12 | 275.00 | 4,433.00T |
| 09/14/15 | JB Production | Working in war room and courtroom, presentation set up, demonstratives, witness outlines, etc. | 8 | 375.00 | 3,000.00T |
| 09/14/15 | SB Production | Trial prep in war room and courtroom - Marshall, TX. | 15.47 | 175.00 | 2,707.25T |
| 09/14/15 | AH VideoEdit | Video deposition editing per provided designations creating video excerpts for trial ensuring video starts and stops on assigned page line number, removed objections and long pauses, export and upload to ftp site. | 2.53 | 200.00 | 506.00T |
| 09/14/15 | TL Production | Prep for Voir Dire, opening and Stefik cross. | 0.75 | 275.00 | 206.25T |
| 09/14/15 | TL Presentation | Present for Voir Dire, opening and Stefik. | 10.72 | 275.00 | 2,948.00T |
| 09/14/15 | TL Production | Run-thru Mawhinney and Stefik cross prep. | 4.18 | 275.00 | 1,149.50T |
| 09/15/15 | JB Production | Attend trial, begin working on closing. | 12 | 375.00 | 4,500.00T |
| 09/15/15 | SB Production | Edits in war room. | 16 | 175.00 | 2,800.00T |
| 09/15/15 | TimeCoding | Synchronize deposition video and transcript for witness: Danaher, Brett (Vol. 01) - 06/03/2014; Multimedia Duration: 04:44:25:23. | 4.73 | 75.00 | 354.75T |

Unless otherwise agreed to in writing, this invoice is due upon receipt. If you have a question about any item on this invoice, please notify us at AR@brtrial.com within 5 business days. Invoices not paid within 60 days will accrue finance charges. A form W-9 or ACH Credit Instructions can be obtained from the Business Manager at maryellen@brtrial.com or 214-421-5900. Thank you for your business!

| | |
|------|------|
| Total | |
| Payments | $0.00 |
| **Balance Due** | **$78,398.41** |



# Invoice

| Date | Invoice No. |
|---|---|
| 09/25/15 | 4855 |

2701 Canton St.
Dallas, TX 75226

Bill To:

Kaye Scholer LLP
Mr. Michael Malecek
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA 94306

| Terms | Job # and Style | Client Matter # |
|---|---|---|
| Due on receipt | 00471-0001 ContentGuard v Google/Samsung | n/a |

| Date | Item | Description | Qty. | Rate | Amount |
|---|---|---|---|---|---|
| 09/15/15 | AH VideoEdit | Correct deposition transcript for witness Danaher v1 [missing 20+pages], re-synch and QC. Video deposition editing per provided designations creating video excerpts for trial ensuring video starts and stops on assigned page line number, removed objections and long pauses, export xml files and upload to DB site. | 4.68 | 200.00 | 936.00T |
| 09/15/15 | TL Production | Prep outlines for Stefik, Martin, Franklin and Goodrich. | 1.12 | 275.00 | 308.00T |
| 09/15/15 | TL Presentation | Present for Sefik, Goodrich and Martin cross. | 9.73 | 275.00 | 2,675.75T |
| 09/15/15 | TL Production | Revise Mawhinney slides. | 2.23 | 275.00 | 613.25T |
| 09/16/15 | JB Production | Attend trial, prepare for closing and demonstratives for defendant witnesses. | 13.5 | 375.00 | 5,062.50T |
| 09/16/15 | SB Production | Trial prep and edits in war room. | 17.49 | 175.00 | 3,060.75T |
| 09/16/15 | TL Production | Prep outlines for Martin, Franklin, Baker, Prince and Teece. | 1.27 | 275.00 | 349.25T |
| 09/16/15 | TL Presentation | Present for ContentGuard v. Google. | 9.25 | 275.00 | 2,543.75T |
| 09/16/15 | TL Production | Run-thru Mawhinney and Rosenburg. Index catalog and make searchable trial transcript. | 4.32 | 275.00 | 1,188.00T |
| 09/17/15 | JB Production | Attend trial, review transcripts to prepare closing arguments, prepare demonstratives for defense witnesses. | 14 | 375.00 | 5,250.00T |
| 09/17/15 | SB Production | Edits in war room. | 1.45 | 175.00 | 253.75T |
| 09/17/15 | SB Production | Trial prep in war room. | 10.86 | 175.00 | 1,900.50T |
| 09/17/15 | TL Production | Prep for Teece, Danaher cross and Rosenburg direct. | 1.09 | 275.00 | 299.75T |
| 09/17/15 | TL Presentation | Present for ContentGuard v. Google. | 9.28 | 275.00 | 2,552.00T |
| 09/18/15 | JB Production | Read and highlight transcripts to prepare closing, create slides from transcripts for closing. | 12 | 375.00 | 4,500.00T |
| 09/18/15 | SB Production | Trial prep in war room. | 14.17 | 175.00 | 2,479.75T |

Unless otherwise agreed to in writing, this invoice is due upon receipt. If you have a question about any item on this invoice, please notify us at AR@brtrial.com within 5 business days. Invoices not paid within 60 days will accrue finance charges. A form W-9 or ACH Credit Instructions can be obtained from the Business Manager at maryellen@brtrial.com or 214-421-5900. Thank you for your business!

| | |
|---|---|
| Total | |
| Payments | $0.00 |
| **Balance Due** | **$78,398.41** |





| Date | Invoice No. |
|------|-------------|
| 09/25/15 | 4855 |

2701 Canton St.
Dallas, TX 75226

Bill To:

Kaye Scholer LLP
Mr. Michael Malecek
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA 94306

| Terms | Job # and Style | Client Matter # |
|-------|-----------------|-----------------|
| Due on receipt | 00471-0001 ContentGuard v Google/Samsung | **n/a** |

| Date | Item | Description | Qty. | Rate | Amount |
|------|------|-------------|------|------|--------|
| 09/19/15 | JB Production | Prepare slides for closing. Edit slides for technical, witnesses and damages. | 14 | 375.00 | 5,250.00T |
| 09/19/15 | SB Production | Trial prep in war room. | 13.19 | 175.00 | 2,308.25T |
| 09/19/15 | TL Production | Prep and run-thru Ward and Mawhinney direct. | 8.1 | 275.00 | 2,227.50T |
| | Reimb Group | | | | |
| 09/15/15 | | JB: 9/15 Dinner with SB, TL and HL while in Marshall, TX - on-site trial support. | | 35.31 | 35.31T |
| 09/18/15 | | SB: 9/18 Lunch while in Marshall, TX - on-site trial support. | | 4.06 | 4.06T |
| 09/20/15 | | SB: 9/19 Dinner while in Marshall, TX - on-site trial support. | | 4.60 | 4.60T |
| | | Total Reimbursable Expenses | | | 43.97 |
| | | Sales Tax  - Outlet 2 D2 | | 8.25% | 5,974.94 |

Unless otherwise agreed to in writing. this invoice is due upon receipt. If you have a question about any item on this invoice, please notify us at AR@brtrial.com within 5 business days. Invoices not paid within 60 days will accrue finance charges.  A form W-9 or ACH Credit Instructions can be obtained from the Business Manager at maryellen@brtrial.com or 214-421-5900.  Thank you for your business!

| | |
|---|---|
| Total | $78,398.41 |
| Payments | $0.00 |
| **Balance Due** | **$78,398.41** |



# Invoice

| Date | Invoice No. |
|---|---|
| 09/28/15 | 4856 |

**BARNES & ROBERTS**
TRIAL CONSULTING

2701 Canton St.
Dallas, TX 75226

Bill To:

Kaye Scholer LLP
Mr. Michael Malecek
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA 94306

| Terms | Job # and Style | Client Matter # |
|---|---|---|
| Due on receipt | 00471-0001 ContentGuard v Google/Samsung | n/a |

| Date | Item | Description | Qty. | Rate | Amount |
|---|---|---|---|---|---|
| 09/20/15 | JB Production | War room production on closing preparations and supporting expert demonstratives. | 13 | 375.00 | 4,875.00T |
| 09/20/15 | SB Production | Trial room prep in Marshall, TX. | 15.77 | 175.00 | 2,759.75T |
| 09/20/15 | TL Production | Revise Ward and Clark slides. Run-thru Cerf direct presentations. | 14.23 | 275.00 | 3,913.25T |
| 09/21/15 | JB Production | Attend trial; work on last minute edits re objections; prepare for closing. | 18.25 | 375.00 | 6,843.75T |
| 09/21/15 | SB Production | Trial room prep in Marshall, TX. | 12.13 | 175.00 | 2,122.75T |
| 09/21/15 | TL Production | Prep for Cerf, Kahn, Pirolli, Merkle, Chen, Wang, Clark and Lao. | 5.34 | 275.00 | 1,468.50T |
| 09/21/15 | TL Presentation | At court, presenting in trial -  ContentGuard v. Google. | 9.92 | 275.00 | 2,728.00T |
| 09/21/15 | JB Production | Working on closing with Ken and Jennifer. | 12.25 | 375.00 | 4,593.75T |
| 09/22/15 | SB Production | War room trial prep - Marshall, TX. | 8.43 | 175.00 | 1,475.25T |
| 09/22/15 | SB Presentation | At court, presenting in trial - Riebstien & O'Brien. | 10.54 | 175.00 | 1,844.50T |
| 09/22/15 | TL Production | Prep for Ward, O'brian, Riebstien Direct. | 1.23 | 275.00 | 338.25T |
| 09/22/15 | TL Presentation | Present for ContentGuard v. Google. | 10.22 | 275.00 | 2,810.50T |
| 09/22/15 | TL Production | Prep for closing. | 5.54 | 275.00 | 1,523.50T |
| 09/23/15 | SB Production | Trial in Marshall, TX - Closing. | 9 | 175.00 | 1,575.00T |
| 09/23/15 | SB Production | War room prep - Marshall, TX. | 3.33 | 175.00 | 582.75T |
| 09/23/15 | TL Production | Prep for closing. | 3.05 | 275.00 | 838.75T |
| 09/23/15 | TL Presentation | Present for closing. | 6.14 | 275.00 | 1,688.50T |
| 09/24/15 | SB Travel Hr. | Travel to Dallas, TX following trial in Marshall, TX. | 2.5 | 175.00 | 437.50T |
| 09/24/15 | TL Travel Hour | Travel to Dallas, TX following trial in Marshall, TX. | 3.38 | 275.00 | 929.50T |
| | Reimb Group | | | | |
| 09/17/15 | | JB: 9/15-16 lodging while in Marshall, TX - on-site trial support. | | 70.06 | 70.06T |
| 09/17/15 | | JB: SB: 9/15-16 lodging while in Marshall, TX - on-site trial support. | | 70.06 | 70.06T |

Unless otherwise agreed to in writing, this invoice is due upon receipt. If you have a question about any item on this invoice, please notify us at AR@brtrial.com within 5 business days. Invoices not paid within 60 days will accrue finance charges.  A form W-9 or ACH Credit Instructions can be obtained from the Business Manager at maryellen@brtrial.com or 214-421-5900.  Thank you for your business!

| | |
|---|---|
| Total | |
| Payments | $0.00 |
| **Balance Due** | **$47,260.09** |

 **BARNES & ROBERTS**
TRIAL CONSULTING

2701 Canton St.
Dallas, TX 75226

 # Invoice

| Date | Invoice No. |
|------|-------------|
| 09/28/15 | 4856 |

Bill To:

Kaye Scholer LLP
Mr. Michael Malecek
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA 94306

| Terms | Job # and Style | Client Matter # |
|-------|-----------------|-----------------|
| Due on receipt | 00471-0001 ContentGuard v Google/Samsung | n/a |

| Date | Item | Description | Qty. | Rate | Amount |
|------|------|-------------|------|------|--------|
| 09/21/15 | | SB: 9/21 dinner with JB and TL while in Marshall, TX - on-site trial support. | | 44.55 | 44.55T |
| 09/22/15 | | JB: 9/22 fuel for travels back to Dallas, TX following trial in Marshall, TX - on-site support. | | 34.86 | 34.86T |
| 09/23/15 | | SB: 9/23 dinner with TL following trial in Marshall, TX - on-site production/presentation support. | | 90.00 | 90.00T |
| | | Total Reimbursable Expenses | | | 309.53 |
| | | Sales Tax  - Outlet 2 D2 | | 8.25% | 3,601.81 |

| | | |
|---|---|---|
| Unless otherwise agreed to in writing, this invoice is due upon receipt. If you have a question about any item on this invoice, please notify us at AR@brtrial.com within 5 business days. Invoices not paid within 60 days will accrue finance charges.  A form W-9 or ACH Credit Instructions can be obtained from the Business Manager at maryellen@brtrial.com or 214-421-5900.  Thank you for your business! | Total | $47,260.09 |
| | Payments | $0.00 |
| | **Balance Due** | **$47,260.09** |