# EXHIBIT 10


## Lighthouse
### eDiscovery™

925 4th Avenue, Suite 2250 | Seattle WA 98104
206.223.9690 | www.lhediscovery.com
FEIN: 43-1676776

**Invoice #:** 0112171-IN

| | |
|---|---|
| **Invoice Date:** | May 31, 2014 |
| **Customer Number:** | 00-GOO |
| **Job Reference:** | 201405 |
| **Lighthouse Contact:** | Josh Stellick |

**Bill to:**

GOOGLE INC
Accounts Payable
PO Box 2050
Mountain View    CA    94042

| | |
|---|---|
| **Client Matter Number:** | ContentGuard |
| **Ordered By:** | |
| **Terms:** | Net 15 |

| Description | Unit | Quantity | Amount | Total |
|---|---|---|---|---|
| Native conversion to TIFF/PDF | EA | .01 | $295.000 | $2.95 |
| ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ |
| ███████ | ████ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ |
| █████████████ | ███ | ███ | ███ | ███ |
| █████████████ | ███ | ███ | ███ | ███ |
| ████████████ | ███ | ███ | ███ | ███ |
| █████████ | ███ | ███ | ███ | ███ |
| █████████ | ███ | ███ | ███ | ███ |
| ██████████ | ███ | ███ | ███ | ███ |
| ████████████ | ███ | ███ | ███ | ███ |
| ████████████ | ███ | ███ | ███ | ███ |
| ████████████ | ███ | ███ | ███ | ███ |
| ██████████ | ███ | ███ | ███ | ███ |
| ████████ | ███ | ███ | ███ | ███ |
| █████████ | ███ | ███ | ███ | ███ |

Continued


**Lighthouse**
e Discovery™

**Invoice #:** 0112171-IN

925 4th Avenue, Suite 2250 | Seattle WA 98104
206.223.9690 | www.lhediscovery.com
FEIN: 43-1676776

| | |
|---|---|
| **Invoice Date:** | May 31, 2014 |
| **Customer Number:** | 00-GOO |
| **Job Reference:** | 201405 |
| **Lighthouse Contact:** | Josh Stellick |

**Bill to:**

GOOGLE INC
Accounts Payable
PO Box 2050
Mountain View     CA     94042

| | |
|---|---|
| **Client Matter Number:** | ContentGuard |
| **Ordered By:** | |
| **Terms:** | Net 15 |

| Description | Unit | Quantity | Amount | Total |
|---|---|---|---|---|
| ███████████████████ | ██ | ██ | ████ | ███ |
| ███████████████████ | ██ | ██ | ████ | ███ |

| | |
|---|---|
| Net Invoice: | $3,754.30 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **$3,754.30** |

Lighthouse eDiscovery does not accept responsibility for third party billing.
Past due accounts will be charged interest at the rate of 1.5% per month.

**Lighthouse eDiscovery is a registered trade name of Lighthouse Document Technologies, Inc.**


**Lighthouse**
eDiscovery™

925 4th Avenue, Suite 2250 | Seattle WA 98104
206.223.9690 | www.lhediscovery.com
FEIN: 43-1676776

**Invoice #:** 0112976-IN

| | |
|---|---|
| **Invoice Date:** | June 30, 2014 |
| **Customer Number:** | 00-GOO |
| **Job Reference:** | GOO06 |
| **Lighthouse Contact:** | Josh Stellick |

**Bill to:**

GOOGLE INC
Accounts Payable
PO Box 2050
Mountain View    CA    94042

| | |
|---|---|
| **Client Matter Number:** | ContentGuard |
| **Ordered By:** | |
| **Terms:** | Net 15 |

| Description | Unit | Quantity | Amount | Total |
|---|---|---|---|---|
| Native conversion to TIFF/PDF | EA | 162.40 | $.020 | $3.25 |

| | |
|---|---|
| Net Invoice: | $2,343.87 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **$2,343.87** |

Lighthouse eDiscovery does not accept responsibility for third party billing.
Past due accounts will be charged interest at the rate of 1.5% per month.

**Lighthouse eDiscovery is a registered trade name of Lighthouse Document Technologies, Inc.**


**Lighthouse**
eDiscovery™

51 University Street, Suite 400 | Seattle WA 98101
206.223.9690 | www.lhediscovery.com
FEIN: 43-1676776

**Bill to:**

GOOGLE INC
Accounts Payable
PO Box 2050
Mountain View    CA    94042

**Invoice #:**  0113261-IN

| | |
|---:|:---|
| **Invoice Date:** | July 31, 2014 |
| **Customer Number:** | 00-GOO |
| **Job Reference:** | GOO07 |
| **Lighthouse Contact:** | Josh Stellick |

| | |
|---:|:---|
| **Client Matter Number:** | ContentGuard |
| **Ordered By:** | |
| **Terms:** | Net 15 |

| Description | Unit | Quantity | Amount | Total |
|---|---|---|---|---|
| ███████████████ | ██ | ██ | ██████ | █████ |
| ████████ | | | | |
| ██████████████ | ██ | ██ | █████ | █████ |
| ██████████████ | ██ | ██ | ██████ | ████ |
| ██████████████ | | | | |
| █████████████ | ██ | ██ | █████ | ████ |
| ████████ | | | | |
| ██████████████ | ██ | ██ | █████ | ████ |
| ██████████████ | ██ | ██ | █████ | ████ |
| ████████ | | | | |
| ██████████████ | ██ | ██ | ██████ | ████ |
| ████████ | | | | |
| ██████████████ | ██ | ██ | █████ | █████ |
| ██████████████ | ██ | ██ | █████ | █████ |
| ████████ | | | | |
| ██████████████ | ██ | ██ | █████ | █████ |
| ████████ | | | | |

Continued



**Invoice #:** 0113261-IN

51 University Street, Suite 400 | Seattle WA 98101
206.223.9690 | www.lhediscovery.com
FEIN: 43-1676776

| | |
|---|---|
| Invoice Date: | July 31, 2014 |
| Customer Number: | 00-GOO |
| Job Reference: | GOO07 |
| Lighthouse Contact: | Josh Stellick |

**Bill to:**

GOOGLE INC
Accounts Payable
PO Box 2050
Mountain View    CA    94042

| | |
|---|---|
| Client Matter Number: | ContentGuard |
| Ordered By: | |
| Terms: | Net 15 |

| Description | Unit | Quantity | Amount | Total |
|---|---|---|---|---|
| ██████████████████████ | ██ | ██ | ████ | ████ |
| ████████████ | ██ | ██ | ████ | ████ |
| ██████████ | ██ | ██ | ████ | ████ |
| ████████████ | ██ | ██ | ████ | ████ |
| ██████████████ | ██ | ██ | ████ | ████ |
| ████████████████ | ██ | ██ | ████ | ████ |
| ██████████ | ██ | ██ | ████ | ████ |
| ██████████████ | ██ | ██ | ████ | ████ |
| ████████████ | ██ | ██ | ████ | ████ |
| ████████████ | ██ | ██ | ████ | ████ |
| ██████████████████ | ██ | ██ | ████ | ████ |
| ████████████ | ██ | ██ | ████ | ████ |
| ██████████████████ | ██ | ██ | ████ | ████ |
| ████████ | | | | |

██ontinued



**Invoice #:** 0113261-IN

51 University Street, Suite 400 | Seattle WA 98101
206.223.9690 | www.lhediscovery.com
FEIN: 43-1676776

| | |
|---|---|
| nvoice Date: | July 31, 2014 |
| Customer Number: | 00-GOO |
| Job Reference: | GOO07 |
| Lighthouse Contact: | Josh Stellick |

**Bill to:**

GOOGLE INC
Accounts Payable
PO Box 2050
Mountain View    CA    94042

| | |
|---|---|
| Client Matter Number: | ContentGuard |
| Ordered By: | |
| Terms: | Net 15 |

| Description | Unit | Quantity | Amount | Total |
|---|---|---|---|---|
| ▓▓▓▓▓ | ▓ | ▓ | ▓ | ▓ |
| ▓▓▓▓▓ | ▓ | ▓ | ▓ | ▓ |
| ▓▓▓▓▓ | ▓ | ▓ | ▓ | ▓ |
| ▓▓▓▓▓ | ▓ | ▓ | ▓ | ▓ |
| ▓▓▓▓▓ | ▓ | ▓ | ▓ | ▓ |
| ▓▓▓▓▓ | ▓ | ▓ | ▓ | ▓ |
| ▓▓▓▓▓ | ▓ | ▓ | ▓ | ▓ |
| ▓▓▓▓▓ | ▓ | ▓ | ▓ | ▓ |
| ▓▓▓▓▓ | ▓ | ▓ | ▓ | ▓ |

Continued



**Invoice #:** 0113261-IN

51 University Street, Suite 400 | Seattle WA 98101
206.223.9690 | www.lhediscovery.com
FEIN: 43-1676776

| | |
|---|---|
| **Invoice Date:** | July 31, 2014 |
| **Customer Number:** | 00-GOO |
| **Job Reference:** | GOO07 |
| **Lighthouse Contact:** | Josh Stellick |

**Bill to:**

GOOGLE INC
Accounts Payable
PO Box 2050
Mountain View    CA    94042

| | |
|---|---|
| **Client Matter Number:** | ContentGuard |
| **Ordered By:** | |
| **Terms:** | Net 15 |

| Description | Unit | Quantity | Amount | Total |
|---|---|---|---|---|
| ███ | █ | █ | ███ | ██ |
| ███ | █ | ██ | ██ | ██ |
| ███ | █ | ██ | ██ | ██ |
| ███ | █ | ██ | ██ | ██ |
| ███ | █ | ██ | ██ | ██ |
| ███ | █ | ██ | ██ | ██ |
| ███ | █ | ██ | ██ | ██ |
| ███ | █ | ██ | ██ | ██ |

Continued


# Lighthouse
## eDiscovery™

51 University Street, Suite 400 | Seattle WA 98101
206.223.9690 | www.lhediscovery.com
FEIN: 43-1676776

**Bill to:**

GOOGLE INC
Accounts Payable
PO Box 2050
Mountain View   **CA**   94042

**Invoice #:** 0113261-IN

**Invoice Date:** July 31, 2014
**Customer Number:** **00-GOO**
**Job Reference:** GOO07
**Lighthouse Contact:** Josh Stellick

**Client Matter Number:** ContentGuard
**Ordered By:**
**Terms:** Net 15

| Description | Unit | Quantity | Amount | Total |
|---|---|---|---|---|
| ███████████ | ██ | ██ | ██████ | █████ |
| ███████████ | ██ | ██ | ██████ | █████ |
| ███████████ | ██ | ██ | ██████ | █████ |
| ███████████ | ██ | ██ | ██████ | █████ |
| ███████████ | ██ | ██ | ██████ | █████ |
| ███████████ | ██ | ██ | ██████ | █████ |
| ███████████ | ██ | ██ | ██████ | █████ |
| ███████████ | ██ | ██ | ██████ | █████ |

Continued



**Invoice #:** 0113261-IN

51 University Street, Suite 400 | Seattle WA 98101
206.223.9690 | www.lhediscovery.com
FEIN: 43-1676776

| | |
|---|---|
| nvoice Date: | July 31, 2014 |
| Customer Number: | 00-GOO |
| Job Reference: | GOO07 |
| Lighthouse Contact: | Josh Stellick |

**Bill to:**

GOOGLE INC
Accounts Payable
PO Box 2050
Mountain View    CA    94042

| | |
|---|---|
| Client Matter Number: | ContentGuard |
| Ordered By: | |
| Terms: | Net 15 |

| Description | Unit | Quantity | Amount | Total |
|---|---|---|---|---|



Continued



**Invoice #:** 0113261-IN

51 University Street, Suite 400 | Seattle WA 98101
206.223.9690 | www.lhediscovery.com
FEIN: 43-1676776

| | |
|---|---|
| nvoice Date: | July 31, 2014 |
| Customer Number: | 00-GOO |
| Job Reference: | GOO07 |
| Lighthouse Contact: | Josh Stellick |

**Bill to:**

GOOGLE INC
Accounts Payable
PO Box 2050
Mountain View    CA    94042

| | |
|---|---|
| Client Matter Number: | ContentGuard |
| Ordered By: | |
| Terms: | Net 15 |

| Description | Unit | Quantity | Amount | Total |
|---|---|---|---|---|
| ▮▮▮▮▮▮▮ | ▮ | ▮ | ▮▮▮ | ▮▮▮ |
| ▮▮▮▮ | ▮ | ▮ | ▮▮▮ | ▮▮▮ |
| ▮▮▮▮ | ▮ | ▮ | ▮▮▮ | ▮▮▮ |
| ▮▮▮▮▮ | ▮ | ▮ | ▮▮▮ | ▮▮▮ |
| ▮▮▮▮▮ | ▮ | ▮ | ▮▮▮ | ▮▮▮ |
| ▮▮▮▮▮ | ▮ | ▮ | ▮▮▮ | ▮▮▮ |
| ▮▮▮▮▮ | ▮ | ▮ | ▮▮▮ | ▮▮▮ |
| ▮▮▮▮▮ | ▮ | ▮ | ▮▮▮ | ▮▮▮ |
| ▮▮▮▮ | ▮ | ▮ | ▮▮▮ | ▮▮▮ |
| ▮▮▮▮▮ | ▮ | ▮ | ▮▮▮ | ▮▮▮ |
| ▮▮▮▮▮ | ▮ | ▮ | ▮▮▮ | ▮▮▮ |
| ▮▮ | | | | |

Continued


# Lighthouse
## eDiscovery™

**Invoice #:** 0113261-IN

51 University Street, Suite 400 | Seattle WA 98101
206.223.9690 | www.lhediscovery.com
FEIN: 43-1676776

**nvoice Date:** July 31, 2014
**Customer Number:** 00-GOO
**Job Reference:** GOO07
**Lighthouse Contact:** Josh Stellick

**Bill to:**

GOOGLE INC
Accounts Payable
PO Box 2050
Mountain View    CA    94042

**Client Matter Number:** ContentGuard
**Ordered By:**
**Terms:** Net 15

| Description | Unit | Quantity | Amount | Total |
|---|---|---|---|---|
| ███████████ | ██ | ██ | ████ | ███ |
| ████ | | | | |
| ██████████ | ██ | ██ | ████ | ████ |
| ████████ | ██ | ██ | ████ | ████ |
| █████████████ | ██ | ██ | ████ | ████ |
| ████████ | ██ | ██ | ████ | ████ |
| ███████ | ██ | ██ | ████ | ████ |
| █████ | ██ | ██ | ████ | ████ |
| ████████████ | ██ | ██ | ████ | ████ |
| ██████ | | | | |
| ████████████ | ██ | ██ | ████ | ████ |
| ██████████ | | | | |
| ███████████ | ██ | ██ | ████ | ████ |
| █████████ | | | | |
| ████████████ | ██ | ██ | ████ | ████ |
| ██████ | | | | |

Continued



# Lighthouse
## eDiscovery™

**Invoice #:** 0113261-IN

51 University Street, Suite 400 | Seattle WA 98101
206.223.9690 | www.lhediscovery.com
FEIN: 43-1676776

| | |
|---|---|
| **nvoice Date:** | July 31, 2014 |
| **Customer Number:** | 00-GOO |
| **Job Reference:** | GOO07 |
| **Lighthouse Contact:** | Josh Stellick |

**Bill to:**

GOOGLE INC
Accounts Payable
PO Box 2050
Mountain View    CA    94042

| | |
|---|---|
| **Client Matter Number:** | ContentGuard |
| **Ordered By:** | |
| **Terms:** | Net 15 |

| Description | Unit | Quantity | Amount | Total |
|---|---|---|---|---|
| ███████████████████ | ██ | ██ | ██████ | █████ |
| ███████ | ██ | ██ | ██████ | █████ |
| ███████████████████ | ██ | ██ | ██████ | █████ |
| █████████ | ██ | ██ | ██████ | █████ |
| ████████████████ | ██ | ██ | ██████ | █████ |
| █████████ | ██ | ██ | ██████ | █████ |
| ███████████████████ | ██ | ██ | ██████ | █████ |
| ████████ | ██ | ██ | ██████ | █████ |
| █████████ | ██ | ███ | ████ | ████ |
| █████████ | █ | █ | ████ | ████ |
| █████ | █ | █ | ████ | ████ |
| ██████ | █ | █ | ████ | ████ |
| ██████ | █ | █ | ████ | ████ |
| ██████ | █ | █ | ████ | ████ |
| Native conversion to TIFF/PDF | EA | 1.55 | $295.000 | $457.25 |
| Native conversion to TIFF/PDF | EA | 286.00 | $.020 | $5.72 |

| | |
|---|---|
| Net Invoice: | $7,284.46 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **$7,284.46** |

Lighthouse eDiscovery does not accept responsibility for third party billing.
Past due accounts will be charged interest at the rate of 1.5% per month.

**Lighthouse eDiscovery is a registered trade name of Lighthouse Document Technologies, Inc.**


# Lighthouse
## eDiscovery™

51University Street, Suite 400 | Seattle, WA  98101
206.223.9690 | www.lhediscovery.com
FEIN: 43-1676776

| Invoice Number | 114556 |
|---|---|
| Invoice Date | September 30, 2014 |
| Page | 1 of 2 |
| Sales Person: | Josh T. Stellick |
| Terms | Due 30 Days from Invoice Date |

Client Matter Number:  201401272

Google Inc
Accounts Payable
PO Box 2050
Mountain View, CA 94042

201401272

Matter/Job code       016 Contentguard

| Non-Hourly | QTY | Unit | Rate | Total |
|---|---|---|---|---|

| Native Conversion to TIFF or PDF | 1.20 | GB | $295.00 | $354.00 |

| Maintenance & Support | QTY | Unit | Rate | Total |
|---|---|---|---|---|


Lighthouse Internal Ref: GOO01CONTE

**Lighthouse eDiscovery does not accept responsibility for third party billing.**
**Past due accounts will be charged interest at the rate of 1.5% per month.**

**Lighthouse eDiscovery is a registered trade name of Lighthouse Document Technologies, Inc.**



| Maintenance & Support | QTY | Unit | Rate | Total |
|---|---|---|---|---|

**Invoice Total** $5,727.30

**Lighthouse eDiscovery does not accept responsibility for third party billing.**
**Past due accounts will be charged interest at the rate of 1.5% per month.**

**Lighthouse eDiscovery is a registered trade name of Lighthouse Document Technologies, Inc.**



| | |
|---|---|
| Invoice Number | 114989 |
| Invoice Date | October 31, 2014 |
| Page | 1 of 2 |
| Sales Person: | Josh T. Stellick |
| Terms | Due 30 Days from Invoice Date |

| | |
|---|---|
| Client Matter Number: | 201401272 |

51University Street, Suite 400 | Seattle, WA  98101
206.223.9690 | www.lhediscovery.com
FEIN: 43-1676776

Google Inc
Accounts Payable
PO Box 2050
Mountain View, CA 94042

Matter/Job code          016 Contentguard

| Non-Hourly | QTY | Unit | Rate | Total |
|---|---|---|---|---|
| ███████████ | ██ | █ | ██ | ██ |
| Native Conversion to TIFF or PDF | 1.20 | GB | $295.00 | $354.00 |

| Maintenance & Support | QTY | Unit | Rate | Total |
|---|---|---|---|---|

**Lighthouse eDiscovery does not accept responsibility for third party billing.**
**Past due accounts will be charged interest at the rate of 1.5% per month.**

**Lighthouse eDiscovery is a registered trade name of Lighthouse Document Technologies, Inc.**



| Invoice Total | $3,924.22 |

**Lighthouse eDiscovery does not accept responsibility for third party billing.**
**Past due accounts will be charged interest at the rate of 1.5% per month.**

**Lighthouse eDiscovery is a registered trade name of Lighthouse Document Technologies, Inc.**



51University Street, Suite 400 | Seattle, WA 98101
206.223.9690 | www.lhediscovery.com
FEIN: 43-1676776

| | |
|---|---|
| Invoice Number | 115142 |
| Invoice Date | November 30, 2014 |
| Page | 1 of 4 |
| Sales Person: | Josh T. Stellick |
| Terms | Due 30 Days from Invoice Date |
| Client Matter Number: | 201401272 |

Google Inc
Accounts Payable
PO Box 2050
Mountain View, CA 94042

201401272

Matter/Job code    016 Contentguard

| Non-Hourly | QTY | Unit | Rate | Total |
|---|---|---|---|---|
| ▮▮▮▮ | | | | |
| Native Conversion to TIFF or PDF | 2.16 | GB | $295.00 | $637.20 |

| Maintenance & Support | QTY | Unit | Rate | Total |
|---|---|---|---|---|

Lighthouse Internal Ref: GOO01CONTE

**Lighthouse eDiscovery does not accept responsibility for third party billing.
Past due accounts will be charged interest at the rate of 1.5% per month.**

**Lighthouse eDiscovery is a registered trade name of Lighthouse Document Technologies, Inc.**



## Maintenance & Support

| | | | QTY | Unit | Rate | Total |
|---|---|---|---|---|---|---|

Lighthouse Internal Ref: GOO01CONTE

Lighthouse eDiscovery does not accept responsibility for third party billing.
Past due accounts will be charged interest at the rate of 1.5% per month.

Lighthouse eDiscovery is a registered trade name of Lighthouse Document Technologies, Inc.



| Maintenance & Support | | | QTY | Unit | Rate | Total |
|---|---|---|---|---|---|---|

Lighthouse Internal Ref: GOO01CONTE

**Lighthouse eDiscovery does not accept responsibility for third party billing.**
**Past due accounts will be charged interest at the rate of 1.5% per month.**

**Lighthouse eDiscovery is a registered trade name of Lighthouse Document Technologies, Inc.**



| Maintenance & Support | | | QTY | Unit | Rate | Total |
|---|---|---|---|---|---|---|

**Invoice Total**     $16,226.31

Lighthouse eDiscovery does not accept responsibility for third party billing.
Past due accounts will be charged interest at the rate of 1.5% per month.

Lighthouse eDiscovery is a registered trade name of Lighthouse Document Technologies, Inc.



| Invoice Number | 115515 |
|---|---|
| Invoice Date | December 31, 2014 |
| Page | 1 of 2 |
| Sales Person: | Josh T. Stellick |
| Terms | Due 30 Days from Invoice Date |
| | |
| Client Matter Number: | 201401272 |

51University Street, Suite 400 | Seattle, WA 98101
206.223.9690 | www.lhediscovery.com
FEIN: 43-1676776

Google Inc
Accounts Payable
PO Box 2050
Mountain View, CA 94042

Matter/Job code    016 Contentguard



| Non-Hourly | QTY | Unit | Rate | Total |
|---|---|---|---|---|
| ▮▮▮▮▮▮ | ▮ | ▮ | ▮ | ▮ |
| Native Conversion to TIFF or PDF | 60.16 | GB | $295.00 | $17,747.20 |



| Maintenance & Support | QTY | Unit | Rate | Total |
|---|---|---|---|---|

Lighthouse Internal Ref: GOO01_CONTE

**Lighthouse eDiscovery does not accept responsibility for third party billing.**
**Past due accounts will be charged interest at the rate of 1.5% per month.**

**Lighthouse eDiscovery is a registered trade name of Lighthouse Document Technologies, Inc.**



**Maintenance & Support**

| | QTY | Unit | Rate | Total |
|---|---|---|---|---|



| **Invoice Total** | **$56,126.56** |
|---|---|

**Lighthouse eDiscovery does not accept responsibility for third party billing.**
**Past due accounts will be charged interest at the rate of 1.5% per month.**

**Lighthouse eDiscovery is a registered trade name of Lighthouse Document Technologies, Inc.**



| | |
|---|---|
| Invoice Number | 115829 |
| Invoice Date | January 31, 2015 |
| Page | 1 of 1 |
| Sales Person: | Josh T. Stellick |
| Terms | Due 30 Days from Invoice Date |
| | |
| Client Matter Number: | 201401272 |

51University Street, Suite 400 | Seattle, WA 98101
206.223.9690 | www.lhediscovery.com
FEIN: 43-1676776

Google Inc
Accounts Payable
PO Box 2050
Mountain View, CA 94042

Matter/Job code     016 Contentguard



| Non-Hourly | QTY | Unit | Rate | Total |
|---|---|---|---|---|
| Native Conversion to TIFF or PDF | 2.24 | GB | $295.00 | $660.80 |

| Maintenance & Support | QTY | Unit | Rate | Total |
|---|---|---|---|---|

| Invoice Total | $11,261.72 |
|---|---|

Lighthouse Internal Ref: GOO01 CONTE

**Lighthouse eDiscovery does not accept responsibility for third party billing.**
**Past due accounts will be charged interest at the rate of 1.5% per month.**

**Lighthouse eDiscovery is a registered trade name of Lighthouse Document Technologies, Inc.**


**eDiscovery™**

51University Street, Suite 400 | Seattle, WA 98101
206.223.9690 | www.lhediscovery.com
FEIN: 43-1676776

Google Inc
Accounts Payable
PO Box 2050
Mountain View, CA 94042

| | |
|---|---|
| Invoice Number | 116187 |
| Invoice Date | February 28, 2015 |
| Page | 1 of 3 |
| Sales Person: | Josh T. Stellick |
| Terms | Due 30 Days from Invoice Date |

Client Matter Number: 201401272

201401272

Matter/Job code     016 Contentguard

| Non-Hourly | QTY | Unit | Rate | Total |
|---|---|---|---|---|
| ███████████████ | ██ | █ | ██ | ██ |
| ████████████ | ██ | █ | ██ | ██ |
| Native Conversion to TIFF or PDF | 1.52 | GB | $295.00 | $448.40 |
| ████████████████ | ██ | █ | ██ | ██ |
| ████████████ | | | | ██ |

| Maintenance & Support | QTY | Unit | Rate | Total |
|---|---|---|---|---|

Lighthouse Internal Ref: GOO01CONTE

**Lighthouse eDiscovery does not accept responsibility for third party billing.**
**Past due accounts will be charged interest at the rate of 1.5% per month.**

**Lighthouse eDiscovery is a registered trade name of Lighthouse Document Technologies, Inc.**



| Maintenance & Support | | | QTY | Unit | Rate | Total |
|---|---|---|---|---|---|---|

Lighthouse Internal Ref: GOO01CONTE

Lighthouse eDiscovery does not accept responsibility for third party billing.
Past due accounts will be charged interest at the rate of 1.5% per month.

Lighthouse eDiscovery is a registered trade name of Lighthouse Document Technologies, Inc.



Invoice Number    116187
Invoice Date    February 28, 2015
Page    3 of 3

Client Matter Number:    201401272

| Maintenance & Support | QTY | Unit | Rate | Total |
|---|---|---|---|---|
| ███████ | ██ | █ | ███ | ████ |
| ███████ | ██ | █ | ███ | ████ |
| ███████ | ██ | █ | ███ | ████ |
| ███████ | ██ | █ | ███ | ████ |
| ███████ | ██ | █ | ███ | ████ |
| ███████ | ██ | █ | ███ | ████ |
| ███████ | ██ | █ | ███ | ████ |
| ███████ | ██ | █ | ███ | ████ |
| ███████ | ██ | █ | ███ | ████ |
| ███████ | ██ | █ | ███ | ████ |
| ███████ | ██ | █ | ███ | ████ |
| ███████ | ██ | █ | ███ | ████ |
| ███████ | ██ | █ | ███ | ████ |
| ███████ | ██ | █ | ███ | ████ |
| ███████ | ██ | █ | ███ | ████ |

| **Invoice Total** | | | | **$12,600.92** |

**Lighthouse eDiscovery does not accept responsibility for third party billing.**
**Past due accounts will be charged interest at the rate of 1.5% per month.**

**Lighthouse eDiscovery is a registered trade name of Lighthouse Document Technologies, Inc.**



| Invoice Number | 116571 |
|---|---|
| Invoice Date | March 31, 2015 |
| Page | 1 of 4 |
| Sales Person: | Josh T. Stellick |
| Terms | Due 30 Days from Invoice Date |

Client Matter Number: 201401272

51University Street, Suite 400 | Seattle, WA 98101
206.223.9690 | www.lhediscovery.com
FEIN: 43-1676776

Google Inc
Accounts Payable
PO Box 2050
Mountain View, CA 94042

201401272

Matter/Job code     016 Contentguard

| Non-Hourly | QTY | Unit | Rate | Total |
|---|---|---|---|---|
| ███████████ | ██ | █ | █ | ██ |
| ███████████ | ██ | █ | █ | ██ |
| Native Conversion to TIFF or PDF | 0.96 | GB | $295.00 | $283.20 |
| Production - Native to Image Conversion | 655.20 | PAGE | $0.02 | $13.11 |
| ███████████ | ██ | █ | █ | ██ |
| ███████████ | | | | ██ |

| Maintenance & Support | QTY | Unit | Rate | Total |
|---|---|---|---|---|
| ███████████ | ██ | █ | █ | ██ |
| ███████████ | ██ | █ | █ | ██ |
| ███████████ | ██ | █ | █ | ██ |
| ███████████ | ██ | █ | █ | ██ |
| ███████████ | ██ | █ | █ | ██ |
| ███████████ | ██ | █ | █ | ██ |
| ███████████ | ██ | █ | █ | ██ |
| ███████████ | ██ | █ | █ | ██ |
| ███████████ | ██ | █ | █ | ██ |

**Lighthouse eDiscovery does not accept responsibility for third party billing.**
**Past due accounts will be charged interest at the rate of 1.5% per month.**

**Lighthouse eDiscovery is a registered trade name of Lighthouse Document Technologies, Inc.**


| Maintenance & Support | | | QTY | Unit | Rate | Total |
|---|---|---|---|---|---|---|

Lighthouse Internal Ref: GOO01CONTE

Lighthouse eDiscovery does not accept responsibility for third party billing.
Past due accounts will be charged interest at the rate of 1.5% per month.

Lighthouse eDiscovery is a registered trade name of Lighthouse Document Technologies, Inc.



| Maintenance & Support | QTY | Unit | Rate | Total |
|---|---|---|---|---|

Lighthouse Internal Ref: GOO01CONTE

**Lighthouse eDiscovery does not accept responsibility for third party billing.**
**Past due accounts will be charged interest at the rate of 1.5% per month.**

**Lighthouse eDiscovery is a registered trade name of Lighthouse Document Technologies, Inc.**



| Invoice Number | 116571 |
| Invoice Date | March 31, 2015 |
| Page | 4 of 4 |
| Client Matter Number: | 201401272 |



| Maintenance & Support | | | QTY | Unit | Rate | Total |
|---|---|---|---|---|---|---|
| ███ | ███ | ████████ | ██ | █ | ██ | ██ |
| ███ | ███ | █████████ | ██ | █ | ██ | ██ |
| ███ | ███ | ████████ | ██ | █ | ██ | ██ |
| ████████ | | | | | | ███ |

| Invoice Total | $12,937.68 |
|---|---|

Lighthouse Internal Ref: GOO01CONTE

**Lighthouse eDiscovery does not accept responsibility for third party billing.**
**Past due accounts will be charged interest at the rate of 1.5% per month.**

**Lighthouse eDiscovery is a registered trade name of Lighthouse Document Technologies, Inc.**



**Lighthouse**
**eDiscovery™**

| Invoice Number | 116960 |
| Invoice Date | April 30, 2015 |
| Page | 1 of 2 |
| Sales Person: | Josh T. Stellick |
| Terms | Due 30 Days from Invoice Date |

51University Street, Suite 400 | Seattle, WA 98101
206.223.9690 | www.lhediscovery.com
FEIN: 43-1676776

Client Matter Number: 201401272

Google Inc
Accounts Payable
PO Box 2050
Mountain View, CA 94042

201401272

Matter/Job code        016 Contentguard

**Non-Hourly**

| | QTY | Unit | Rate | Total |
|---|---|---|---|---|


| Native Conversion to TIFF or PDF | 0.80 | GB | $295.00 | $236.00 |
| Production `Native to Image Conversion | 13.60 | PAGE | $0.02 | $0.27 |

**Maintenance & Support**

| | QTY | Unit | Rate | Total |
|---|---|---|---|---|


Lighthouse Internal Ref: GOO01CONTE

**Lighthouse eDiscovery does not accept responsibility for third party billing.**
**Past due accounts will be charged interest at the rate of 1.5% per month.**

**Lighthouse eDiscovery is a registered trade name of Lighthouse Document Technologies, Inc.**



| Maintenance & Support | | | QTY | Unit | Rate | Total |
|---|---|---|---|---|---|---|

**Invoice Total**        $8,237.11

Lighthouse eDiscovery does not accept responsibility for third party billing.
Past due accounts will be charged interest at the rate of 1.5% per month.

Lighthouse eDiscovery is a registered trade name of Lighthouse Document Technologies, Inc.