# EXHIBIT 11

26101 - 0012
CONTENTGUARD v. GOOGLE

iData Discovery
926 Industrial Ave.
Palo Alto, CA 94303
Phone # 650.493.7833 (SVDD)

# Invoice

| Date | Invoice # |
|---|---|
| 5/9/2015 | INV15-05012 |

**Bill To**

Kaye Scholer LLP
Dianne Meek
3000 El Camino Real, Suite 400
Palo Alto, CA 94306

Please Remit Payments To:
iData Discovery
926 Industrial Ave.
Palo Alto, CA 94303

| Client Matter # | Project / Case Name | Account Rep. | Delivered | Terms |
|---|---|---|---|---|
| 412268.0002 | Expert Rprts | GB | 5/9/2015 | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 4,930 | Color.prnt | Digital Color Printing | 0.79 | 3,894.70T |
| 55 | Binding.re | Binding / Re-binding Velo, Depo, or GBC | 2.75 | 151.25T |
| 110 | Custom | Custom covers | 0.50 | 55.00T |
| | | EXPERT REPORTS | | |
| | | CA-Sales Tax | 8.75% | 358.83 |

Thank You very much for the Opportunity to Serve You.

Invoice Policy Changes Beginning Jan 1st, 2012:
a). 1.5 % monthly interest will be charged when paid after 30 days.
b). 3.5% interest will be added when invoice is paid by credit card.

**Total** $4,459.78



**Legal Concierge, Inc.**

3975 McCreary Road
Parker, TX 75002

oice: 214-306-2246
Fax: 214-257-8047

**NVO CE**

Invoice Number: 6669 EXP
Invoice Date: 10/9/15
Page: 1

| ill To: |
| --- |
| Google<br>Accounts Payable<br>PO Box 2050<br>Mountain iew, CA 94042<br>USA |

Customer ID: Google

| Reference | Payment Terms | Due Date |
| --- | --- | --- |
| Content Guard | Net 30 Days | 11/8/15 |

| Description | Amount |
| --- | --- |
| Client Matter 201401272 - Content Guard [Google EDTX and NDCA], Marshall, TX<br>LCI Out of Pocket Expenses for period ending 09/30/15. Please see attached detail | 65,158.81 |

| | |
| --- | --- |
| Total Invoice Amount | 65,158.81 |
| Payment/Credit Applied | |
| **TOTAL DUE** | **65,158.81** |

*e focus on the details so you can focus on the case®*
*Thank you for your business.*

www.legalci.com

# Google - Content Guard Marshall TX Expenses September 2015

## Receipt Date between 9/1/2015 and 9/30/2015

### User Profile

| | | | |
|---|---|---|---|
| **Name:** | Jane Driscoll | | |
| **Street:** | | **PO Box:** | |
| **City:** | | **State/Province:** | |
| **Zip:** | | **Country:** | |
| **Employee ID:** | | **Co. Name:** | Legal Concierge, Inc. |
| **Group ID:** | | **Title:** | Accounting Manager |
| **Work Phone:** | 214-306-2246 | | |
| **Mobile:** | | **Location:** | |
| **Fax:** | | **Web Address:** | |
| **Email:** | jdriscoll@legalci.com | | |

### Summary Information

| Category | mount | Number |
|---|---:|---:|
| Car Rental | 1708.86 | 1 |
| Equipment Rental | 22531.04 | 10 |
| Fuel/Auto | 822.07 | 21 |
| Laundry/Dry Cleaning | 1649.97 | 7 |
| Meals | 24051.76 | 42 |
| Trial Site Supplies | 14395.11 | 77 |
| Total | 65158.81 | 158 |

| Employee Signature | Date |
|---|---|
| | |

| Authorization Signature | Date | | Authorization Signature | Date |
|---|---|---|---|---|
| | | | | |

| Number | Vendor | Category | Receipt Date | Payment Type | Total Amount | Notes |
|---|---|---|---|---|---|---|
| 1 | National | Car Rental | 9/27/2015 | AmEx Kyle | 1,708.86 | Rental van |
| 2 | Home Depot | Equipment Rental | 9/1/2015 | AmEx Kyle | 311.30 | Truck rental to transport equipment / supplies from Parker TX to Marshall TX as per approved budget set up on 08/31 |
| 3 | Tyler CopyTex | Equipment Rental | 9/15/2015 | AmEx Brett | 1,190.00 | Copier rental |
| 4 | Beyer Imaging | Equipment Rental | 9/28/2015 | Check | 4,364.81 | Copier overages |
| 5 | Beyer Imaging | Equipment Rental | 9/16/2015 | Check | 2,175.32 | Copier rental 09/16-09/22 |
| 6 | Beyer Imaging | Equipment Rental | 9/28/2015 | Check | 433.00 | Copier Service Call trip charges |
| 7 | Beyer Imaging | Equipment Rental | 9/2/2015 | Check | 1,152.86 | Copier rental 09/02-09/05 |
| 8 | Beyer Imaging | Equipment Rental | 9/23/2015 | Check | 1,286.92 | Copier rental 09/23-09/29 |
| 9 | Penske | Equipment Rental | 9/25/2015 | AmEx Jeff | 622.16 | Truck rental to bring back trial site equipment/supplies |
| 10 | Tyler Copy Tex | Equipment Rental | 9/26/2015 | AmEx Brett | 1,122.27 | Copier overages |
| 11 | LCI Equipment | Equipment Rental | 9/30/2015 | Cash | 9,872.40 | Equipment, chairs and vehicle rented |
| 12 | East Texas Fuels | Fuel/Auto | 9/1/2015 | AmEx Brett | 40.70 | Fuel for minivan |
| 13 | Bar K Ranch Store | Fuel/Auto | 9/1/2015 | AmEx Kyle | 85.79 | Fuel for truck |
| 14 | Kangaroo Express | Fuel/Auto | 9/5/2015 | AmEx Kyle | 19.66 | Fuel for minivan |
| 15 | Corner Store | Fuel/Auto | 9/6/2015 | AmEx Brett | 34.59 | Fuel for Minivan |
| 16 | Petro | Fuel/Auto | 9/10/2015 | AmEx Brett | 24.71 | Fuel for minivan |

# BEYER IMAGING
## affordable copier solutions
1225 E Crosby RD # A10 Carrollton, Texas 75006
P: 214-431-5191

**CONTRACT INVOICE**

Invoice Number: 34023
Invoice Date: 09/28/2015

**Bill To:** Legal Concierge Inc.
Brett Lane
3975 McCreary Road
Parker, Tx 75002

**Customer:** Legal Concierge Inc.
500 I-20
Marshall, Tx 75672

| Account No | Payment Terms | Due Date | Invoice Total | Balance Due |
|---|---|---|---|---|
| LC00 | Net 15 | 10/13/2015 | $4,364.81 | $4,364.81 |

| Contract Number | Contact | Contract Amount | P.O. Number | Start Date | Exp. Date |
|---|---|---|---|---|---|
| 186-01 | Brett 214-306-2246 | $4,032.61 | | 09/02/2015 | 10/02/2015 |

**Remarks**

**Summary:**

| | |
|---|---|
| Contract base rate charge for the 09/30/2015 to 10/02/2015 billing period | $145.71 |
| Contract Additional Prints charge for the 09/23/2015 to 09/29/2015 Additional Prints period | $3,880.95 ** |
| Handling | $5.95 |
| **See Additional Prints details below | $4,032.61 |

**Detail:**

**Equipment included under this contract**

### Canon/iR C5045

| Number | Serial Number | Base Adj. | Location |
|---|---|---|---|
| 1701 | GPQ57186 | $0.00 ** | Legal Concierge Inc. 500 I-20 Marshall, Tx 75672 |

**Prorated from 9/30/2015 to 10/2/2015

| Meter Type | Meter Group | Begin Meter | End Meter | Credits | Total | Covered | Billable | Rate | Additional Prints |
|---|---|---|---|---|---|---|---|---|---|
| 109 | 109 | 97,390 | 100,628 | | 3,238 | 0 | 3,238 | $0.032600 | $105.56 |
| 124 | 124 | 12,323 | 13,268 | | 945 | 0 | 945 | $0.110000 | $103.95 |
| | | | | | | | | | $209.51 |

### Canon/iR C5051 Advance

| Number | Serial Number | Base Adj. | Location |
|---|---|---|---|
| 1720 | GQM14300 | $0.00 ** | Legal Concierge Inc. 500 I-20 Marshall, Tx 75672 |

**Prorated from 9/30/2015 to 10/2/2015

| Meter Type | Meter Group | Begin Meter | End Meter | Credits | Total | Covered | Billable | Rate | Additional Prints |
|---|---|---|---|---|---|---|---|---|---|
| 109 | 109 | 707,850 | 763,804 | | 55,954 | 0 | 55,954 | $0.032600 | $1,824.10 |
| 124 | 124 | 279,592 | 296,386 | | 16,794 | 0 | 16,794 | $0.110000 | $1,847.34 |
| | | | | | | | | | $3,671.44 |

- A 3% processing fee will be assessed on credit card transactions
- A 3% charge will be assessed on past due invoices.

| | |
|---|---|
| Invoice SubTotal | $4,032.61 |
| Tax: | $332.20 |
| Invoice Total | $4,364.81 |
| Balance Due: | $4,364.81 |

1225 E Crosby RD # A10 Carrollton, Texas 75006   214-431-5191

Page 1 of 1

Receipt 4



# Invoice

**Tyler CopyTex**
512 S. Broadway Ave.
Tyler, TX 75702

| Date | Invoice # |
|---|---|
| 9/26/2015 | 150922-7 |

**Bill To**
Legal Concierge, Inc.
Attn: Brett
3975 McCreary Rd.
Parker, TX 75002

**Ship To**
Legal Concierge, Inc.
Holiday Inn
Marshall, Texas
Attn: Brett

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| Brett | Credit Card | TR | 9/26/2015 | TR | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | CRP | Copier Rental Plan Up to 2 Week Rental Konica Minolta Bizhub C550 S/N A00J010000736 with Stapling Finisher and 2/3-Hole Punch Copies and Prints to be billed @ B/W @ $0.015 ea. Color @ $ 0.12 ea. | 0.00 | 0.00 |
| 17,242 | CRP | Start B/W Meter 341,170 Final B/W Meter 355,512 Total B/W Pages Ran 17,242 | 0.015 | 258.63 |
| 7,197 | CRP | Start Color Meter 453,738 Final Color Meter 460,935 Total Color Pages Ran 7,197 | 0.12 | 863.64 |

Phone #
903-539-3850

Web Site
www.TylerCopyTex.com

**Total** $1,122.27

Receipt 10



**DTI**
64 West 48th Street
6th Floor
New York, NY 10036
Phone : 646-878-1527
Fax :
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 903674

Invoice Date: 09/30/15

Bill To:
Kaye Scholer LLP
250 West 55th Street
New York, NY 10019-9710
Norma DeMacarty

Ship To:
Kaye Scholer LLP
250 West 55th Street
New York, NY 10019-9710

Customer ID   22042
Terms         Net 30 Days
SalesPerson   NYC JRM
SalesPerson 2 SFO CJY
Cust. P.O.

Job No.            M89534
ESI Project No.
Client / Matter No.   ContentGuard Holdings V. Google

| Quantity | Description | Unit Price | Total Price |
|---:|---|---:|---:|
| 8,853 | D Work - Heavy Litigation | 0.12 | 1,062.36 |
| 1,653 | Copies - Color (8.5x11) | 0.55 | 909.15 |
| ~~201~~ | ~~Tabs~~ | ~~0.30~~ | ~~60.30~~ |
| ~~64~~ | ~~Tabs - Custom~~ | ~~0.65~~ | ~~41.60~~ |
| ~~1~~ | ~~5" Ring Binders~~ | ~~5.00~~ | ~~5.00~~ |
| ~~5~~ | ~~1" Ring Binders~~ | ~~5.00~~ | ~~25.00~~ |
| ~~2~~ | ~~2" Ring Binders~~ | ~~10.00~~ | ~~20.00~~ |
| ~~5~~ | ~~3" Ring Binders~~ | ~~15.00~~ | ~~75.00~~ |
| ~~1~~ | ~~4" Ring Binders~~ | ~~20.00~~ | ~~20.00~~ |
| 143,922 | Blowbacks w/Assembly | 0.11 | 15,831.42 |
| ~~996~~ | ~~Tabs~~ | ~~0.30~~ | ~~298.80~~ |
| ~~1,203~~ | ~~Tabs - Custom~~ | ~~0.65~~ | ~~781.95~~ |
| ~~39~~ | ~~3" Ring Binders~~ | ~~15.00~~ | ~~585.00~~ |
| ~~69~~ | ~~4" Ring Binders~~ | ~~20.00~~ | ~~1,380.00~~ |
| 42,330 | Blowbacks w/Assembly | 0.11 | 4,656.30 |
| 5,572 | Blowbacks - Color | 0.55 | 3,064.60 |
|  | Transferred to page 2.................................... |  | 28,816.48 |



**DTI**

64 West 48th Street
6th Floor
New York, NY 10036
Phone : 646-878-1527
Fax :
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 903674

Invoice Date: 09/30/15

Bill To:
Kaye Scholer LLP
250 West 55th Street
New York, NY 10019-9710
Norma DeMacarty

Ship To:
Kaye Scholer LLP
250 West 55th Street
New York, NY 10019-9710

| Customer ID | 22042 | Job No. | M89534 |
| --- | --- | --- | --- |
| Terms | Net 30 Days | ESI Project No. | |
| SalesPerson | NYC JRM | Client / Matter No. | ContentGuard Holdings V. Google |
| SalesPerson 2 | SFO CJY | | |
| Cust. P.O. | | | |

| Quantity | Description | Unit Price | Total Price |
| --- | --- | --- | --- |
| | Transferred from page 1................................ | | 28,816.48 |
| 61 | Acco Bind | 2.25 | 137.25 |
| 1 | Technical Time | 150.00 | 150.00 |
| 49,554 | Blowbacks w/Assembly | 0.11 | 5,450.94 |
| 81,210 | OCR Conversion (page) | 0.025 | 2,030.25 |
| 36 | Shipping | 118.71 | 4,273.56 |

September 2015

Thank you for choosing DTI
Past due invoices are subject to 1.5% interest per month

| | |
| --- | --- |
| Subtotal: | 40,858.48 |
| Total Sales Tax: | 3,053.41 |
| Total: | 43,911.89 |

Accepted By: _____

**Remit To:** DTI
PO Box 934272
Atlanta, GA 31193-4272



**DTI**
64 West 48th Street
6th Floor
New York, NY 10036
Phone : 646-878-1527
Fax :
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 903676

Invoice Date: 09/30/15

**Bill To:**
Kaye Scholer LLP
250 West 55th Street
New York, NY 10019-9710
Norma DeMacarty

**Ship To:**
Kaye Scholer LLP
250 West 55th Street
New York, NY 10019-9710

| Customer ID | 22042 |
|---|---|
| Terms | Net 30 Days |
| SalesPerson | NYC JRM |
| SalesPerson 2 | SFO CJY |
| Cust. P.O. | |

| Job No. | M89535 |
|---|---|
| ESI Project No. | |
| Client / Matter No. | Google |

| Quantity | Description | Unit Price | Total Price |
|---:|---|---:|---:|
| 49,554 | Blowbacks w/Assembly | 0.11 | 5,450.94 |
| ~~966~~ | ~~Tabs~~ | ~~0.30~~ | ~~289.80~~ |
| ~~21~~ | ~~4" Ring Binders~~ | ~~20.00~~ | ~~420.00~~ |

September 2015

Thank you for choosing DTI
Past due invoices are subject to 1.5% interest per month

| | |
|---:|---:|
| Subtotal: | 6,160.74 |
| Total Sales Tax: | 546.77 |
| Total: | 6,707.51 |

Accepted By: _____

**Remit To:** DTI
PO Box 934272
Atlanta, GA 31193-4272