# EXHIBIT 12



# KAYE SCHOLER LLP

## REQUISITION FOR CHECK

CERTIFIED: ( )    SPECIAL ACCOUNT: ( )

DATE:   April 8, 2015

TO THE ORDER OF          Law Office of David Keyzer

AMOUNT (IN WORDS)        Nineteen thousand five hundred sixty-four dollars and ninety-three cents

CLIENT NAME              Google Inc.

MATTER NAME              ContentGuard v. Google/ ContentGuard v. Motorola

TO PAY FOR:              Technical adviser fee

                                                        C411016
                                                        (ACCOUNTING USE ONLY)

                                                        $ 19,564.93

                                                        # 26101

                                                        # 0012-0013

(ACCOUNTING USE ONLY)   COST CODE _____          G/L ACCT. # _____

AUTHORIZED BY                                       INCURRED BY

_____  10574                   _____  10574
(ORIGINAL SIGNATURE -- IN INK)   ATTY. #            (ORIGINAL SIGNATURE -- IN INK)   ATTY. #

CODED/CALCULATED _____                            G/L DIST. _____

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CONTENT GUARD HOLDINGS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 2:13-CV-1112-JRG |
| | § | |
| AMAZON.COM, INC., et al., | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |
| CONTENT GUARD HOLDINGS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 2:14-CV-61-JRG |
| | § | |
| GOOGLE, INC., | § | |
| | § | |
| Defendant. | § | |

**ORDER**

The Court previously appointed David Keyzer to the position of technical advisor in the above-captioned action, with his costs to be assessed equally between Plaintiff and Defendant and timely paid as billed. The Court has received Mr. Keyzer's invoice for services through March 20, 2015, in the amount of $39,129.86, and hereby **ORDERS** payment to be made to Mr. Keyzer within 30 days of this Order as follows:

| | |
|---|---|
| Plaintiffs: | $19,564.93 |
| Defendants: | $19,564.93 |
| TOTAL: | of $39,129.86 |

Defendants are hereby ORDERED to appoint a lead counsel to collect payment from Defendants and to make a single payment to Mr. Keyzer on behalf of all Defendants.

So ORDERED and SIGNED this 20th day of March, 2015.

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| **From:** | Malecek, Michael |
| **Sent:** | Thursday, March 26, 2015 2:55 PM |
| **To:** | Google-ContentGuard-GreciaTeam |
| **Subject:** | FW: ContentGuard, 2:13-cv-1112 - Payment for Technical Advisor - W-9 |
| **Attachments:** | 2-13-cv-1112 ContentGuard v Amazon 465 order to pay tech adv 2015-03-23.pdf; W-9 Law Office of David Keyzer PC 2014-06-02.pdf |

*In case this has not found a home yet.....*

Michael Malecek
Kaye Scholer LLP
Two Palo Alto Square
3000 El Camino Real | Suite 400
Palo Alto, California 94306
T: (650) 319-4508 | F: (650) 319-4908
michael.malecek@kayescholer.com | www.kayescholer.com

This message may contain confidential and/or legally privileged information from the law firm Kaye Scholer LLP. If delivered to anyone other than the intended recipient, please notify the sender immediately by return email or by telephone (650) 319-4508 and delete the message, along with any attachments, from your computer. Thank you.

**From:** Mark Mann [mailto:mark@themannfirm.com]
**Sent:** Monday, March 23, 2015 8:31 AM
**To:** Unikel, Robert; Malecek, Michael
**Subject:** FW: ContentGuard, 2:13-cv-1112 - Payment for Technical Advisor - W-9

Payment to the tech advisor letter-forwarded

**J. Mark Mann**
*Partner*

Mann | Tindel | Thompson
300 W. Main Street
Henderson, TX 75652
Telephone: 903.657.8540
Fax: 903.657.6003
Tyler Office: 903.596.0900
Email: Mark@TheMannFirm.com
Website: http://www.MT2LawGroup.com



NOTICE: The information (and any attachments) contained in this e-mail communication is intended solely for the private or confidential use of the recipient(s) named above and others specifically authorized to receive it. This e-mail communication may contain material protected by the attorney-client or attorney work-product privileges, and may contain other privileged, confidential, proprietary or trade secret information entitled to protection or exempt from disclosure under applicable law. If the reader of this e-mail communication is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail communication in error and that any use, review, disclosure, dissemination, distribution, or copying of this e-mail

communication is unauthorized and strictly prohibited. If you have received this e-mail communication in error, please notify us immediately by e-mail, and delete this e-mail communication. Thank you.

**From:** David Keyzer [mailto:david@keyzerlaw.com]
**Sent:** Monday, March 23, 2015 10:11 AM
**To:** Josh Thane; Mark Mann; Allen Gardner; efindlay@findlaycraft.com; Melissa Smith; Holly E. Engelmann; ceveringham@AKINGUMP.com
**Subject:** ContentGuard, 2:13-cv-1112 - Payment for Technical Advisor - W-9

Counsel,

Judge Gilstrap recently entered a payment order in this case (see attached) requiring payment within 30 days, so I attach my W-9. Please pass this information along to whoever may need it, and if you need any additional information, please feel free to contact me any time.


Thank you and I hope this finds you all well,
David Keyzer
Law Office of David Keyzer, P.C.
5170 Golden Foothill Parkway
El Dorado Hills, CA 95762
(916) 243-5259 (voice)
(916) 404-0436 (fax)
david@keyzerlaw.com